## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT FRAZIER,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 06-615 (GK) |
| **EDWINNA WILLIAMS,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

Plaintiff, *pro se*, has filed a Motion for Enlargement of Time to Serve his summons and Complaint pursuant to Fed. R. Civ. P. 4(m). He seeks an additional four months because he is no longer represented and fears that he will be burdened and prejudiced if he has to represent himself. The Court will grant <u>only</u> a short extension of time. Under the Rules, a Defendant has a substantial period of time in which to answer and, therefore, Plaintiff will have sufficient time in which to obtain counsel. Moreover, once a Complaint is filed, it cannot be delayed for an inappropriate period of time simply because Plaintiff has chosen to represent himself.

**WHEREFORE**, it is this 31st day of July, 2006, hereby

**ORDERED**, that Plaintiff may have until **October 1, 2006** to serve his summons and Complaint.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**