In The UNITED STATES DISTRICT COURT
For The DISTRICT of COLUMBIA

Robert Frazier                          :
    Plaintiff,                       :
                                       :
v.                                      :
                                       :
Edwinna Williams,                       :   Case No. 1:6CV00615
                                       :
    and                                 :
                                       :
The District of Columbia,               :
    Defendants.                         :

**RECEIVED**
JUL 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION for ENLARGEMENT of TIME

    And now comes Plaintiff *Pro Se*, Robert Frazier, and pursuant to the Federal Rules of Civil Procedure Rule 4(m) files the within Motion for Enlargement of Time to serve the Summons' and Complaints upon Defendants above-named, in support whereof Plaintiff avers the following.

    1. The Complaint in the above-captioned matter was filed April 3, 2006. The computed 120 days time limit for service under Rule 4(m) expires August 1, 2006.

    2. By the action of filing the Complaint Counsel for Plaintiff had completed the work contracted and was compensated *quantum meruit* for professional services rendered.

    3. Plaintiff is currently represented *Pro Se*.

    4. While prior Counsel may from time to time be engaged to undertake further discrete work in this cause, Plaintiff's cause requires for full development the securing of the services of a qualified law firm which will be reimbursed costs of prosecution upon an eventual award and at the close of the proceeding. (Nothing herein should be taken to derogate or impair the abilities and acumen of prior counsel. The purpose for securing other counsel is strictly limited to the negotiation of a sustainable fee contract that avoids the requirement for Plaintiff to periodically replenish escrow while the action continues without having reached a stage of finality and award.)

    5. Plaintiff has, during the running of the current 120 days period, diligently sought representation by such a firm, but has to date not succeeded. A number of references were pursued and in several instances negotiations for representation proceeded apparently favorably but none so far have been successfully concluded. (As an example, in one instance eight of the approximate seventeen weeks since April 3, 2006 were expended pursuing but one reference expressing interest in representation of the cause.)

6. Service at this time of the Summons' and Complaints on Defendants, fully represented as such are by the District of Columbia's Office of the Attorney General, would work a severe burden on Plaintiff exposing the latter to preliminary motions practice and discovery *et al.* from Defendants full represented, which could very possibly operate to frustrate prosecution of a meritorious cause.

7. Enlargement of time for Plaintiff's service of the Summons' and Complaints on Defendants will not operate to prejudice Defendants in any way inasmuch as the only difference occasioned by delay of notice to Defendants will be that both parties shall commence litigation fully represented and "on a level playing field".

8. Enlargement of time for service of the Summons' and Complaints will enable Plaintiff to continue a high quality search for professional representation. Plaintiff, having fully researched the prior referrals, warrants a the existence of several new and promising directions to secure suitable representation.

WHEREFORE, Plaintiff prays the Honorable Court Grant Plaintiff's Motion for Enlargement of Time under Rule 4(m) for a like and similar 120 days through and including November 29, 2006.

Respectfully submitted,

Robert Frazier
1805-S Skyline Plaza South
3705 South George Mason Drive
Falls Church, VA 22041-3724