UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT FRAZIER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-615 (GK) |
| | : | |
| **EDWINA WILLIAMS,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of Plaintiff's Motion for Enlargement of Time to effect service of Summons and Complaints upon Defendants, it is this 28th day of September, 2006, hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that Plaintiff shall have up to and including **November 30, 2006**, in which to effect service of the Summons and Complaints; and it is further

**ORDERED**, that **no further extensions shall be granted**.

/s/
Gladys Kessler
United States District Judge