## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT FRAZIER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 06-615 (GK)** |
| | : | |
| **EDWINA WILLIAMS, _et al._,** | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

Plaintiff, _pro se_, has filed an additional Motion for Enlargement of Time until January 1, 2007, to effect service of the Complaint upon the Defendants.  On September 28, 2006, this Court ruled that Plaintiff would be allowed until **November 30, 2006**, to effect service and there wold be no further extensions of time.

Consequently, the Motion for Extension of Time filed on September 29, 2006 is hereby **denied**.


October 10, 2006                              /s/_____

                                             Gladys Kessler
                                             United States District Judge


**Copies via ECF to all counsel of record
and to
Robert Frazier
1805-S Skyline Plaza South
3705 South George Mason Drive
Falls Church, Virginia 22041-3724**