IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

       v.                                    Civil Action No. 1:06CV00615
                                            Judge Kessler

EDWINA WILLIAMS and
THE DISTRICT OF COLUMBIA

**DECLARATION OF SERVICE UPON THE DISTRICT OF COLUMBIA**

    I, William J. Mertens, declare as follows.

    1. I am not a party and am over 18 years of age.

    2. I personally served the defendant the District of Columbia with the complaint and summons in this matter, as well as a Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and EFC Registration Form, as follows.

    3. I personally served these papers upon a person designated by the Mayor of the District of Columbia for receipt of legal process in the office of the Secretary of the District of Columbia in the John A. Wilson Building, 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC, at approximately 12:40 PM on November 30, 2006.

    4. I also personally served these papers upon a person designated by the Attorney General of the District of Columbia for receipt of legal process in offices of the Attorney General at 441 4th Street, NW, Suite 600-South, Washington, DC, at approximately 1:10 PM on November 30, 2006.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2006

                                                            /s/
                                                    William J. Mertens