AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT FRAZIER

**SUMMONS IN A CIVIL CASE**

V.

EDWINA WILLIAMS and
THE DISTRICT OF COLUMBIA

CASE NUMBER: 1:06CV00615

JUDGE: Gladys Kessler
DECK TYPE: Civil Rights (non-employment)

TO: (Name and address of Defendant)

Edwina Williams
c/o
Metropolitan Police of the District of Columbia
300 Pennsylvania Ave., NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Mertens
4905 Hampden Lane, Suite 16
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

11/21/06

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-29-06  7:00 AM (See ADDITIONAL AFFIDAVIT) |
| NAME OF SERVER (PRINT)  PAUL SPALDING | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
2ND DISTRICT STATION, MPD
3320 IDAHO AVE, NW
WAShington DC 20016

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-29-06
        Date

    *Signature of Server*  Paul Spalding

**Alliance Legal Services, Inc.**
P.O. Box 523078
  *Address of Server*
**Springfield, VA 22152**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.