UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-615 (GK) |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

### DEFENDANTS' CONSENT MOTION TO EXTEND
### TIME TO RESPOND TO THE COMPLAINT

Defendants' District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and with Plaintiff's consent, hereby move this Court to grant an extension of time to answer or otherwise respond to Plaintiff's Complaint. As reasons therefore the Defendants represent as follows:

1. Plaintiff filed suit on or about April 3, 2006., The Summons and Complaint was served upon the District of Columbia on November 30, 2006. Defendant Williams was served on November 29, 2006.

2. Undersigned counsel was assigned this matter on or about December 6, 2006. A responsive pleading is due on December 19, 2006.

3. Undersigned counsel seeks an extension of time to file a responsive pleading on or about January 19, 2006.

4. The extension of time is necessary due to the press of other matter. Specifically, undersigned counsel was in trial from December 4, 2006 to December 12, 2006, in Superior Court case *Chamber v. D.C.,* Civil Action No. 03-6686, before the Honorable Geoffrey M. Alprin. The additional time will allow undersigned counsel an opportunity to review plaintiff's

factual allegations and the merits of his claims, any documents relevant to plaintiff's Complaint, and to draft and file the answer or responsive pleading.

5.  The Plaintiff is not prejudiced by the granting of this Motion.

WHEREFORE, for the reasons stated herein, Defendants request to answer or otherwise respond to the Plaintiff's Complaint on or about January 19, 2006.

Dated: December 19, 2006.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

## **RULE 7(m) CERTIFICATE**

On December 19, 2006, Plaintiff's counsel, William J. Mertens consented to the filing of this motion and the relief requested within.

                                        _____/s/_____
                                        NICOLA N. GREY
                                        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vi. : | **Civil Action No.: 06-615 (GK)** |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

1. SCR-Civil 6(b).

2. 42 U.S.C. § 1446.

3. The inherent powers of this Court.

4. The Plaintiff's consent.

5. The reasons stated in the Defendants' Motion for an Extension of Respond to the

Plaintiff's Complaint.

             Respectfully submitted,

             EUGENE A. ADAMS
             Interim Attorney General for the District of Columbia

             GEORGE C. VALENTINE
             Deputy Attorney General, Civil Litigation Division

              /s/
             PHILLIP A. LATTIMORE, III [422968]
             Chief, General Litigation Sec. III

        /s/
_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **EDWINA WILLIAMS,** *et al.*, : <br> : <br> **Defendants.** : <br> : | **Civil Action No.: 06-615 (GK)** |

### **ORDER**

Upon consideration of the Defendants' Consent Motion to Extend Time to Respond to the Complaint on behalf of Defendants, the Memorandum in Support thereof, and the facts and law considered, it is hereby

**ORDERED:** that the Motion to Extend Time to Respond to the Complaint on behalf of Defendants is **GRANTED,** and it is,

**FURTHER ORDERED:** that Defendants' Answer or responsive pleading shall be filed on or before January 19, 2006.

So ORDERED this _____ day of _____, 2006.

                                                                        _____
                                                                        The Honorable Gladys Kessler
                                                                        United States District Court Judge

Copies to:

Nicola N. Grey, AAG
441 4th Street, NW,
Sixth Floor South
Washington, D.C. 20001

William J. Mertens, Esq.
4905 Hampden Lane, Suite 16
Bethesda, MD 20814