UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-615 (GK) |
| ) | |
| EDWINA WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the parties' representations at the Status Conference on July 2, 2007, it is hereby

**ORDERED** that Plaintiff's Rule 26(a)(2) report is due **July 11, 2007,** Defendants' Rule 26(a)(2) report is due **August 11, 2007,** and a Status Conference shall be held on **September 24, 2007** at **10:00 a.m.**

July 2, 2007

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**