**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROBERT FRAZIER,
    *Plaintiff*,

                              Civil Action No. 06-615 (GK)

    v.

EDWINA WILLIAMS, *et al.*,
    *Defendants.*

**NOTICE OF CHANGE OF ADDRESS**

Please note the following change of address for counsel for Plaintiff Robert Frazier. The remaining contact information remains the same.

        William J. Mertens
        7910 Woodmont Avenue, Suite 1430
        Bethesda, MD 20814-7047
        (301) 913-0012
        Fax: (240) 465-0463
        wjmertens@aol.com

Dated: July 2, 2007

                                          /s/
                                        William J. Mertens

Served via ECF