IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
   *Plaintiff*,

v.

EDWINA WILLIAMS, *et al.*,
   *Defendants*.

Civil Action No. 1:06CV00615
Judge Kessler

Next scheduled hearing: Sept. 24, 2007, status conference

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Through counsel, Plaintiff hereby moves under Rule 56(a) of the Federal Rules of Civil Procedure for partial summary judgment against Defendants. Plaintiff requests that the Court enter an order adjudging both Defendants liable under 42 U.S.C. § 1983 for violating Plaintiff's Fourth Amendment rights.

As grounds for this request, which are further explained in the accompanying memorandum of points and authorities and Local Rule 7.h. statement of material facts not in dispute, Plaintiff states:

1. On July 11, 2007, pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff served on both Defendants 11 requests for admissions.

2. Rule 36(a) provides that a

> matter [of which an admission is requested] is admitted unless, within 30 days after service of the request, or within such shorter or longer time as the court may allow or as the parties may agree to in writing, subject to Rule 29, the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter, signed by the party or by the party's attorney.

3. Rule 36(b) states:

> Any matter admitted under this rule is conclusively established unless the court on motion permits withdrawal or amendment of the admission.

4. Defendants failed to serve timely responses. By operation of Rule 36(a), they therefore conclusively admitted all matters set out in the requests for admissions.

5. A full month late, Defendants on September 14, 2007, purported to serve joint responses that admitted some matters and denied others.

6. Defendants' admissions support an award of judgment against them on their liability to Plaintiff under 48 U.S.C. § 1983 for violating his Fourth Amendment rights.

7. Furthermore, Defendants have failed to cooperate in discovery within the time that the Court has allowed. In particular, Defendants have failed and refused to make themselves available for deposition in accordance with the Court's scheduling order. Their failure to provide timely discovery underscores the justice of ordering summary judgment against them.

WHEREFORE, for the foregoing reasons, and upon the record of the case including the Complaint and Defendants' Answer, Plaintiff requests that the Court order summary judgment against both Defendants for violating his rights under the Fourth Amendment of the U.S. Constitution, and that the Court award such other and further relief as the Court deems just and proper.

Dated: September 23, 2007                                    Respectfully submitted,


                                                             _____
                                                             William J. Mertens
                                                             7910 Woodmont Ave., Suite 1430
                                                             Bethesda, MD 20814
                                                             (301) 913-0012
                                                             Fax: (240) 465-0463
                                                             E-mail: wjmertens@aol.com
                                                             DC Bar: 911289

                                                             Counsel for Plaintiff


## CERTIFICATE OF SERVICE

   I, William J. Mertens, hereby certify that on this, the 23rd day of September, 2007, I caused the foregoing document and those accompanying it to be served upon counsel for the Defendants through the Court's electronic filing and notification system.


                                                             _____
                                                             William J. Mertens