**IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA**

ROBERT FRAZIER,
    *Plaintiff*,

          v.

EDWINA WILLIAMS, *et al.*,
    *Defendants.*

Civil Action No. 1:06CV00615

Judge Kessler

Next scheduled hearing: Sept. 24, 2007, status conference

**DECLARATION OF COUNSEL FOR PLAINTIFF
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, William J. Mertens, declare as follows.

1. I am a duly enrolled member of the bar of this Court and am counsel for the Plaintiff Robert Frazier in the above-captioned matter.  I make this declaration in support of Plaintiff's Motion for Partial Summary Judgment.

2. Unless it is stated otherwise, all of the statements herein I make upon my own personal knowledge.

3. A principal purpose of this declaration is to authenticate certain documents whose authenticity is not, I believe, subject to reasonable dispute.  The declaration also states a few other facts that I believe are not subject to reasonable dispute.

4. Exhibit A hereto is a true, accurate, and correct copy of requests for admissions that were served by mail on Defendants on July 11, 2007.[1]

5. Exhibit B hereto is a true, accurate, and correct copy of the responses that Plaintiff received to those requests.  This document contains a certification that it was served upon Plaintiff on September 14, 2007.

---

[1]To allow convenient electronic filing, electronic file types of some of the attached documents have been altered.  Some formatting changes occurred as a result.

6. On July 11, 2007, Plaintiff also served requests for production and interrogatories (not attached) on Defendants. Before September 21, 2007, Defendants had served no responses. After multiple requests to receive the responses, and after unfulfilled predictions that they were forthcoming, I received on September 21 an e-mail attaching responses and objections from the District of Columbia. I have received no responses from the Defendant Williams. The e-mail itself (included in Exhibit F) states that her responses will be sent on the week of September 23.

7. On August 15, 2007, under a cover letter (Exhibit C), Plaintiff served notices of deposition upon the Defendants Edwina Williams and (pursuant to Rule 30(b)(6)) the District of Columbia. (Exhibits D and E) The cover letter stated: "I specified the dates of September 25 and 26 but am serving notices sufficiently in advance to reschedule if those dates do not work. Please let me know." The letter also stated: "I also assume that I will have received interrogatory and document request responses before the depositions, as well as the requested documents themselves."

8. True, accurate, and complete copies of subsequent written communications–letters and e-mail–between counsel with regard to Defendants' discovery are grouped together as Exhibit F. They are presented chronologically, beginning with an e-mail of August 22, 2007 from Defendants' counsel.

9. I believe that these communications speak for themselves. I point out that Defendants' counsel now insists that any deposition of the Defendants be delayed at least until November (Sept. 20, 2007, 7:40:48 P.M. e-mail).

10. For his part, Plaintiff served responses and objections to Defendants' interrogatories and document requests on July 11, 2007, and shortly thereafter provided responsive documents.

Defendants' counsel has not taken issue with the sufficiency of any of Plaintiff's responses or objections.  On July 11, 2007, Plaintiff also served his Rule 26(a)(2) report on expert testimony on police practices.  Defendants have served no disclosure of their own of expert testimony, pursuant to Rule 26(a)(2).  Defendants also have served no notice of deposition upon Plaintiff.

11.  I believe that it would not have been difficult to complete discovery before the October 1, 2007, cut-off.  Plaintiff pared down the number of factual depositions he would take to two and served notices for those depositions six weeks in advance.  Because Defendants have served no Rule 26(a)(2) report, Plaintiff presumably would not have needed to take an expert deposition.  I have no doubt that Mr. Frazier's calendar and my own would have allowed his deposition in July, August, or September.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2007.

_____/s/_____
William J. Mertens

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

       v.                          Civil Action No. 1:06CV00615
                                           Judge Kessler

EDWINA WILLIAMS, *et al.*,
    *Defendants.*

## REQUESTS FOR ADMISSIONS DIRECTED
## JOINTLY TO THE DEFENDANTS EDWINA WILLIAMS AND
## THE DISTRICT OF COLUMBIA

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Plaintiff Robert Frazier directs the following requests for admission to the Defendants Edwina Williams and the District of Columbia. Pursuant to Rule 36, please respond within 30 days. If the responses of the two Defendants to any of these requests differ, please so state.

12. Admit that the Plaintiff Robert Frazier was arrested on a charge of assault for an incident that occurred at the LaCage nightclub on or about February 16, 2003.

13. Admit that this arrest occurred on April 3, 2003.

14. Admit that the Defendant Edwina Williams caused the Plaintiff Frazier's arrest on this charge.

15. Admit that the Plaintiff Frazier's arrest on this charge was without probable cause.

16. Admit that in causing the Plaintiff's arrest on this charge, the Defendant Williams, in one or more specifics, acted in an objectively unreasonable way.

17. Admit that the actions of the Defendant Williams, in causing the arrest of the Plaintiff Frazier, in all respects conformed to the policies, practices, rules, and procedures of the District of Columbia.

18.  Admit that on or about April 1, 2003, the Defendant Williams swore to an affidavit in support of a warrant for the arrest of the Plaintiff Frazier on the charge of assault.

19.  Admit that this affidavit included the following sentence: "The suspect identified as Robert F. Frazier aka 'Marco' was interviewed, and he stated that he assaulted the complainant because he was talking negatively about his dancing; and that in fact interfered with his money making abilities in that club."

20.  Admit that in the interview referred to in this sentence, the Plaintiff Frazier did not in fact "state[] that he assaulted the complainant."

21.  Admit that the assertion in the affidavit of the Defendant Williams that the Plaintiff "stated that he assaulted the complainant" was false.

22.  Admit that the Defendant Williams knowingly or recklessly made the false assertion referred to in the previous request for admission.

Dated: July 11, 2007

---

William J. Mertens
7910 Woodmont Ave., Suite 1430
Bethesda, MD 20814
(301) 913-0012
Counsel for Plaintiff

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 11th day of July, 2007, the foregoing document was served by

first class U. S. mail, and also by e-mail, upon counsel for Defendants at the following address:

> Nicola Grey
> Assistant Attorney General
> 441 4th Street, NW
> Suite 600
> Washington, DC 20001
> Nicola.Grey@dc.gov

_____

                William J. Mertens

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,                     :
                                    :
          Plaintiff,                :
                                    :
     v.                             :     Civil Action No.06CV00615
                                    :     Judge Kessler
EDWINA WILLIAMS, ET AL.,            :
                                    :
          Defendants.               :
                                    :
_____:

**DEFENDANTS EDWINA WILLIAMS AND THE DISTRICT OF
COLUMBIA'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS**

Defendants District of Columbia and Edwina Williams,
pursuant to Fed. Ct. Civ. R. 36, respond to Plaintiff's First
Request for Admissions as follows:

**GENERAL OBJECTIONS**

The defendants object to the production of any documents or
information which is protected by the attorney-client privilege,
deliberative process privilege, work product doctrine or any
similarly recognized privilege.  Inadvertent production of any
information or documents so privileged does not constitute a
waiver of such privilege or any other grounds for objecting to
the discovery request.  In addition, the defendants object to any
part of plaintiff's instructions which seeks to impose any
discovery requirements outside the scope of the rules, especially
any obligation to produce information not in the defendants'
control or not currently known to them after reasonable inquiry.

- 1 -

REQUEST FOR ADMISSIONS

REQUEST NO 1: Admit that the plaintiff Robert Frazier was arrested on a charge of assault for an incident that occurred at the LaCage nightclub on or about February 16, 2003.

**RESPONSE: Deny that the incident occurred on February 16, 2003. Defendants admit that plaintiff was arrested for an incident that occurred on February 17, 2003.**

REQUEST NO 2: Admit that this arrest occurred on April 3, 2003.

**RESPONSE: Admit**

REQUEST NO 3: Admit that the defendant Edwina Williams caused the Plaintiff Frazier's arrest on this charge.

**RESPONSE: Deny. Plaintiff was arrested as a result of his conduct of allegedly committing an assault against another person.**

REQUEST NO 4: Admit that the plaintiff Frazier's arrest on this charge was without probable cause.

**RESPONSE: Deny.**

REQUEST NO 5:  Admit that in causing the plaintiffs arrest on this charge, the defendant Williams, in one or more specifics, acted in an objectively unreasonable way.

**RESPONSE: Deny.**

REQUEST NO 6: Admit that the actions of the defendant Williams, in causing the arrest of the Plaintiff Frazier, in all respects

- 2 -

conformed to the policies, practices, rules, and procedures of the District of Columbia.

**RESPONSE: Objection. Plaintiff caused his own arrest by allegedly committing an assault against another person. Without waiving the objection, defendants admit that Officer Williams' actions conformed to applicable departmental policies and procedures in arresting the plaintiff.**

REQUEST NO 7: Admit that on or about April 1, 2003, the defendant Williams swore to an affidavit in support of a warrant for the arrest of the Plaintiff Frazier on the charge of assault.

**RESPONSE: Admit.**

REQUEST NO 8: Admit that this affidavit included the following sentence: "The suspect identified as Robert F. Frazier aka 'Marco' was interviewed, and had stated that he assaulted the complainant because he was talking negatively about his dancing; and that in fact interfered with his money making abilities in that club."

**RESPONSE: Admit.**

REQUEST NO 9: Admit that in the interview referred to in this sentence, the plaintiff Frazier did not in fact "state[] that he assaulted the complainant."

**RESPONSE: Deny.**

REQUEST NO 10: Admit that the assertion in the affidavit of the defendant Williams that the plaintiff "stated that he assaulted the complainant" was false.

**RESPONSE: Deny.**

REQUEST NO 11: Admit that the defendant Williams knowingly or recklessly made the false assertion referred to in the previous request for admission.

**RESPONSE: Deny.**

                    Respectfully submitted,


                    LINDA SINGER
                    Attorney General for the District of
          Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General,
                    Civil Litigation Division

                    PHILLIP A. LATTIMORE, III [422968]
                    Chief, General Litigation Sec. III


                    _____/s/_____
                    NICOLA N. GREY [492150]
                    Assistant Attorney General
                    441 Fourth Street, N.W.
                    Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724-6626
                    (202) 727-3625 (fax)
                    E-mail: nicola.grey@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of September 2007, to:

William J. Mertens
Counsel for Plaintiff
7910 Woodmont Ave, Suite 1430
Bethesda
Maryland 20814

      /s/
NICOLA GREY
Assistant AttorneyGeneral

**EXHIBIT C**

LAW OFFICE OF
WILLIAM J. MERTENS
7910 WOODMONT AVE., SUITE 1430
BETHESDA, MD 20814

TELEPHONE: (301) 913-0012
FAX: (240) 465-0463
EMAIL: WJMERTENS@AOL.COM

August 15, 2007

Nicola N. Grey, Esq.
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

*Re:  Frazier v. Williams, No. 1:06-cv-00615-GK*

Dear Ms. Grey:

    Enclosed please find deposition notices for each of the
Defendants.  I specified the dates of September 25 and 26 but am
serving notices sufficiently in advance to reschedule if those
dates do not work.  Please let me know.

    I also assume that I will have received interrogatory and
document request responses before the depositions, as well as the
requested documents themselves.

                              Sincerely,



                              William J. Mertens
                              Counsel for Plaintiff

Enclosures

# EXHIBIT D

## UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

       v.                          Civil Action No. 1:06CV00615
                                        Judge Kessler

EDWINA WILLIAMS, *et al.*,
    *Defendants.*

## NOTICE OF DEPOSITION BY ORAL EXAMINATION
## OF THE DEFENDANT EDWINA WILLIAMS

       Pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, the Plaintiff Robert

Frazier hereby notices the deposition by oral examination of the Defendant Edwina Williams, to

be recorded stenographically.  Subject to modification by subsequent agreement between

counsel, the deposition shall be held Tuesday, September 25, 2007, commencing at 10:00 AM at

the office of Plaintiff's counsel as stated below.

Dated: August 15, 2007

_____
William J. Mertens
7910 Woodmont Ave., Suite 1430
Bethesda, MD 20814
(301) 913-0012
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, this the 15th day of August 2007, the foregoing document was served

by first class U. S. mail, postage prepaid, upon counsel for Defendants at the following address:

        Nicola Grey
        Assistant Attorney General
        441 4th Street, NW
        Suite 600
        Washington, DC 20001

_____

        William J. Mertens

# EXHIBIT E

# UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

        v.                          Civil Action No. 1:06CV00615
                                            Judge Kessler

EDWINA WILLIAMS, *et al.*,
    *Defendants.*

## NOTICE OF DEPOSITION BY ORAL EXAMINATION
## OF THE DEFENDANT THE DISTRICT OF COLUMBIA

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff Robert

Frazier hereby notices the deposition by oral examination of the Defendant the District of

Columbia, to be recorded stenographically.  Subject to modification by subsequent agreement

between counsel, the deposition shall be held Wednesday, September 26, 2007, commencing at

10:00 AM at the office of Plaintiff's counsel as stated below.   The designated representative(s)

of the District of Columbia shall testify regarding the matters alleged in Plaintiff's Complaint and

Defendants' Answers in this matter and, more particularly, the actions of the Defendant Williams

with regard to the arrest of the Plaintiff as alleged in the Complaint and the supervision of the

Defendant Williams by the District of Columbia and/or the District of Columbia Metropolitan

Police.


Dated: August 15, 2007


                               _____
                               William J. Mertens
                               7910 Woodmont Ave., Suite 1430
                               Bethesda, MD 20814
                               (301) 913-0012
                               Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, this the 15th day of August 2007, the foregoing document was served

by first class U. S. mail, postage prepaid, upon counsel for Defendants at the following address:

> Nicola Grey
> Assistant Attorney General
> 441 4th Street, NW
> Suite 600
> Washington, DC 20001

_____
William J. Mertens

**EXHIBIT F**

```
From:     Grey, Nicola (OAG) <Nicola.Grey@dc.gov>
To:  'WJMertens@aol.com' <WJMertens@aol.com>
Subject:  Frazier v. District of Columbia
Date:     Wed, 22 Aug 2007 5:42 pm
```

Mr. Mertens,

I received your discovery notices.  Unfortunately, I am
unavailable September 25 & 26, 2007.  I have a pre-trial
conference on the 25th, and witness preparation scheduled for
both the 25th & 26th, for a trial I have scheduled October 4,
2007 to October 15, 2007.  The earliest that I will be able to
schedule depositions will be after October 15, 2007 (excluding
October 17, 2007). From now until October 4, 2007, I have many
depositions scheduled already, a motion for summary judgment due
as well as my pre-trial submissions and trial preparation.
Discovery closes on October 1, 2007.  Would you consent to
extending discovery by 30 days so that we can complete all
depositions?  We can schedule the days for the depositions in
advance to ensure that they will not have to be rescheduled.
Please let me know your thoughts.

Nicola N. Grey
Assistant Attorney General
Office of the Attorney General
 for the District of Columbia
441 4th Street, Suite 6S74, NW
Washington, DC 20001
Phone: (202) 724-6626
Fax: (202) 727-3625
E-mail: Nicola.Grey@dc.gov

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is
intended exclusively for the individual or entity to which it is
addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally
exempt from disclosure. If you are not the named addressee, you
are not authorized to read, print, retain, copy or disseminate
this message or any part of it. If you have received this message
in error, please notify the sender immediately by e-mail and
delete all copies of the message.

LAW OFFICE OF
WILLIAM J. MERTENS
7910 WOODMONT AVE., SUITE 1430
BETHESDA, MD 20814

TELEPHONE: (301) 913-0012 FAX:
(240) 465-0463 EMAIL:
WJMERTENS@AOL.COM

August 29, 2007

**_VIA FAX AND E-MAIL_**
(202) 347-8922

Nicola N. Grey, Esq.
Assistant Attorney
General 441 Fourth
Street, N.W. Sixth Floor
South Washington, D.C.
20001

Re:  *Frazier v. Williams, No. 1:06-cv-00615-GK;
Yours of August 22*

Dear Ms. Grey:

This is to respond to your e-mail of August 22, 2007, in which you wrote that the dates I proposed in deposition notices for taking the testimony of the two defendants, Det. Williams and the District of Columbia, are inconvenient.

Will you propose alternative dates during the month of September?  Both Mr. Frazier and I will do our best to make ourselves available at other times.  Of course, I will need the documents I requested and answers to interrogatories sufficiently in advance of the depositions to be able to use them in preparation.  When can I expect to receive them?

Please let me know.  Thank you.

Sincerely,

William J. Mertens
Counsel for Plaintiff

LAW OFFICE OF
WILLIAM J. MERTENS
7910 WOODMONT AVE., SUITE 1430
BETHESDA, MD 20814

TELEPHONE: (301) 913-0012
FAX: (240) 465-0463
EMAIL: WJMERTENS@AOL.COM

September 11, 2007

**_VIA FAX, E-MAIL,_**
**_AND FIRST CLASS MAIL_**

Nicola N. Grey, Esq.
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

Re:  *Frazier v. Williams, No. 1:06-cv-00615-GK*

Dear Ms. Grey:

    I have received no response to my letter of August 29, which
asked again when I can expect to receive documents we requested
and answers to interrogatories.  That letter also requested dates
when the Defendants would be available to testify pursuant to the
notices of deposition that I served on August 15.

    Please respond right away.  Thank you.

                    Sincerely,



                    William J. Mertens
                    Counsel for Plaintiff

From: Grey, Nicola (OAG) <Nicola.Grey@dc.gov>
To: 'WJMertens@aol.com' <WJMertens@aol.com>
Sent: Tue, 11 Sep 2007 6:18 pm
Subject: RE: Frazier v. Williams

I apologize for the delay.  Discovery responses will be going out
this week.  Regarding discovery dates, I am unavailable I will
forward the email I sent in response to your August 29, 2007
letter.  It will follow shortly.  If you would like, we can set
aside some dates in November from now. Let me know if this works
for you.  Thanks.

Nicola N. Grey
Assistant Attorney General
Office of the Attorney General
 for the District of Columbia
441 4th Street, Suite 6S74, NW
Washington, DC 20001
Phone: (202) 724-6626
Fax: (202) 727-3625
E-mail: Nicola.Grey@dc.gov

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is
intended exclusively for the individual or entity to which it is
addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally
exempt from disclosure. If you are not the named addressee, you
are not authorized to read, print, retain, copy or disseminate
this message or any part of it. If you have received this message
in error, please notify the sender immediately by e-mail and
delete all copies of the message.

From: Grey, Nicola (OAG) <Nicola.Grey@dc.gov>
To: 'WJMertens@aol.com' <WJMertens@aol.com>
Sent: Tue, 11 Sep 2007 6:27 pm
Subject: FW: Frazier v. District of Columbia

Actually, I misspoke, I thought I drafted an email in response to
your August 29, 2007 letter but I guess I did not.  I am
unavailable in September and now I am no longer available in
October.  I have depositions on every free day that I had in
October.  I previously suggested a 30 day extension because
discovery closed on October 1, 2007. Maybe a 60 day extension
will be necessary.  The other suggestion that I have is we can
set aside those days from now so that I do not schedule anything
else during that time period.  Let me know if that works for you.

Nicola N. Grey
Assistant Attorney General
Office of the Attorney General
 for the District of Columbia
441 4th Street, Suite 6S74, NW
Washington, DC 20001
Phone: (202) 724-6626
Fax: (202) 727-3625
E-mail: Nicola.Grey@dc.gov

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is
intended exclusively for the individual or entity to which it is
addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally
exempt from disclosure. If you are not the named addressee, you
are not authorized to read, print, retain, copy or disseminate
this message or any part of it. If you have received this message
in error, please notify the sender immediately by e-mail and
delete all copies of the message.

From: Grey, Nicola (OAG) <Nicola.Grey@dc.gov>
To: 'WJMertens@aol.com' <WJMertens@aol.com>
Sent: Fri, 14 Sep 2007 2:52 pm
Subject: FrazierDCEdwinaAdmissions (2).doc

Mr. Mertens,
I will be sending you the response to the requests for documents
and answers to interrogatories on Monday or Tuesday.  My
supervisor was unable to complete his review yesterday and is out
today.  As soon as his review is complete, I will email you the
written responses and put hard copies with the documents in the
mail. Additionally, I have not heard from you since I responded
to your September 11, 2007, letter regarding scheduling the
depositions.  I have no free days until November 2007, and would
like to schedule some dates for depositions now before my
schedule for November also becomes hectic.  Let me know what you
would like to do, who you would like to depose and the order you
would like to depose the witnesses so that I could schedule it.
We may need to get an extension of discovery and I believe we may
also have a status conference coming up on September 25, 2007, we
should problaby get that resheduled. Let me know your thoughts.
thanks.

From: "Grey, Nicola (OAG)" <Nicola.Grey@dc.gov>
To: "'wjmertens@aol.com'" <wjmertens@aol.com>
Date: Thu, 20 Sep 2007 11:50:37 -0400
Subject: RE: FrazierDCEdwinaAdmissions (2).doc

Mr. Mertens,


Again, I apologize for the delay.  I will check with my
supervisor to determine if he has completed his review of the
outstanding discovery.  I have been out of the office the last
three days in depositions and should have at least advised you on
Monday or Tuesday that I needed additional time to respond to the
outstanding discovery.  Because I have been out and am also
preparing for a trial, I failed to contact you sooner.  My
intention is for it to go out today.  However, I do not know if
my supervisor has completed his review.  I will check with him
now and get back to you.  I needed additional time and I did not
think that you objected given the fact that I extended the same
courtesy to you on prior occasions.  Again, I apologize for not
contacting you sooner.  Finally, discovery closed on October 1,
2007.  I think we need an extension of the discovery deadline and
to reschedule the September 24, 2007, status conference.  Since I
am no longer available for the rest of September, all of October
and various portions of November, I suggest that a 45 to 60 day
extension of discovery may be necessary.  Would you consent to
such a motion?  Let me know your position. Thanks.

From: "Grey, Nicola (OAG)" <Nicola.Grey@dc.gov>
To: "'wjmertens@aol.com'" <wjmertens@aol.com>
Date: Thu, 20 Sep 2007 14:21:59 -0400
Subject: Fraizer v. DC

Mr. Mertens,

I forgot to bring up one other issue regarding the outstanding
discovery.  I will need until next week to produce Det. Williams'
answers to interrogatories.  Det. Williams has been on vacation
and when she returned she was in training.  We are working to
finalize the answers now.  When the document is finalized, it has
to be reviewed and signed.  The other discovery will go out today
or tomorrow, it is being reviewed.

From: "Grey, Nicola (OAG)" <Nicola.Grey@dc.gov>
To: "'wjmertens@aol.com'" <wjmertens@aol.com>
Date: Thu, 20 Sep 2007 19:40:34 -0400
Subject: Frazier v. DC

Mr. Mertens,


The District answers to interrogatories and the Defendants
responses to requests for documents will be sent out tomorrow.
Det. Williams' answers to interrogatories will go out next week.
Additionally, we should talk about scheduling some dates in
November for depositions now.  I have several other cases that I
will be scheduling depositions for in November and I want to set
some dates aside in this case now.

From: "Grey, Nicola (OAG)" <Nicola.Grey@dc.gov>
To: "'wjmertens@aol.com'" <wjmertens@aol.com>
Date: Fri, 21 Sep 2007 16:02:53 -0400
Subject: FrazierDCRogs.doc
Det. Williams answers to interrogatories will be sent next week.
You will receive hard copies of the production today in the mail
with the documents.