IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

    v.

EDWINA WILLIAMS, *et al.*,
    *Defendants*.

Civil Action No. 1:06CV00615
Judge Kessler

Next scheduled hearing: Sept. 24, 2007, status conference

## ORDER

Upon consideration of the motion of Plaintiff for partial summary judgment, and the response thereto, if any, it is hereby ORDERED:

1. The motion is GRANTED;

2. The Defendant Edwina Williams is hereby adjudged liable to Plaintiff under Count I of his Complaint and 42 U.S.C. § 1983 for violating Plaintiff's rights under the Fourth Amendment to the U. S. Constitution; and

3. The Defendant the District of Columbia is hereby adjudged liable to Plaintiff under Count I of his Complaint and 42 U.S.C. § 1983 for violating Plaintiff's rights under the Fourth Amendment to the U. S. Constitution on principles of municipal liability.

SO ORDERED.

Date: _____

_____
Gladys Kessler
United States District Judge