UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT FRAZIER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-615 (GK) |
| | ) | |
| **EDWINA WILLIAMS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the parties' representations at the status conference on September 24, 2007, it is hereby

**ORDERED** that all discovery shall be completed by **November 15, 2007**; it is further

**ORDERED** that dispositive motions shall be due by **December 15, 2007**, oppositions shall be due no later than **January 15, 2008**; and replies shall be due **one week** after oppositions have been filed; it is further

**ORDERED** that a pretrial conference shall be held on **February 21, 2008** at **4:30 p.m.**; it is further

**ORDERED** that this case shall be referred, for settlement purposes only, to Magistrate Judge Kay on **November 15, 2007**.

September 24, 2007

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**