IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FRAZIER,<br>    *Plaintiff*, | |
| v. | Civil Action No. 1:06CV00615<br>Judge Kessler |
| EDWINA WILLIAMS, *et al.*,<br>    *Defendants*. | Next scheduled hearing: Sept. 24, 2007, status conference |

## ORDER

Upon consideration of the motion of Plaintiff for partial summary judgment, and the response thereto, if any, it is hereby ORDERED:

1. The motion is GRANTED;

2. The Defendant Edwina Williams is hereby adjudged liable to Plaintiff under Count I of his Complaint and 42 U.S.C. § 1983 for violating Plaintiff's rights under the Fourth Amendment to the U. S. Constitution; and

3. The Defendant the District of Columbia is hereby adjudged liable to Plaintiff under Count I of his Complaint and 42 U.S.C. § 1983 for violating Plaintiff's rights under the Fourth Amendment to the U. S. Constitution on principles of municipal liability.

SO ORDERED.

Date: _____                    _____
                                                Gladys Kessler
                                                United States District Judge