UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Civil Action No.: 06-615 (GK) |
| | : |
| **EDWINA WILLIAMS,** *et al.*, | : |
| | : |
| **Defendants.** | : |
| | : |

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants' District of Columbia and Detective Edwina Williams, by and through undersigned counsel, hereby move this Court to grant a brief three (3) day extension of time to file an Opposition to Plaintiff's Motion for Partial Summary Judgment. A Memorandum of Points and Authorities is attached herewith.

WHEREFORE, Defendants request that this Court grant this Motion for an extension of time.

Dated: October 15, 2007.

                                                   Respectfully submitted,

                                                   EUGENE A. ADAMS
                                                   Interim Attorney General for the District of Columbia

                                                   GEORGE C. VALENTINE
                                                   Deputy Attorney General, Civil Litigation Division

                                                      /s/ *Phillip A. Lattimore, III*
                                                   PHILLIP A. LATTIMORE, III [422968]
                                                   Chief, General Litigation Sec. III

                                      /s/ *Nicola N. Grey*
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

### RULE 7(m) CERTIFICATE

On October 15, 2007, undersigned counsel attempted to contact Plaintiff's counsel, William J. Mertens, Esq., by email and telephone to request Plaintiff's consent to the filing of this motion and the relief requested within. Plaintiff's counsel did return undersigned counsel's messages prior to the filing of this Motion. Therefore, this motion should be treated as contested.

                                    /s/
NICOLA N. GREY
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-615 (GK) |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants, District of Columbia and Detective Edwina Williams, by and through undersigned counsel, Assistant Attorney General Nicola N. Grey, hereby move this Court to grant a three (3) day extension of the Defendants' October 15, 2007, deadline to file an Opposition to Plaintiff's Motion for Partial Summary Judgment ("Motion"). As reasons therefore the Defendants represent as follows:

1. Plaintiff filed his Motion on September 28, 2007.

2. An Opposition to the Motion is due on October 15, 2007.

3. Due to the press of other matters, undersigned counsel was unable to complete and file the opposition by the October 15, 2007, deadline.

4. Undersigned counsel was preparing for trial in *Owens v. District of Columbia* that was scheduled to commence on October 4, 2007. Unfortunately, on October 3, 2007, the trial was continued because the Plaintiff's counsel in *Owens* had a family emergency. Additionally, undersigned counsel was unable to complete the motion by the October deadline because of a family illness that affected undersigned this past weekend and a family member for most of

today. Finally, undersigned counsel had and has other memoranda of law and Answers due in *Rothblum v. Fenty, Ripley v. D.C., Cummings v. D.C., Terry v. D.C.,* and *Kamanda v. D.C.,* The additional time will ensure that undersigned has enough time to complete the Opposition and to obtain the required supervisory review.

5.  Therefore, the Defendants respectfully request a 3 day extension of time to file and serve an opposition to the Plaintiff's Motion from October 15, 2007, to October 18, 2007.

6.  This Motion is the Defendants' first request for an extension of time to file an Opposition to Plaintiff's Motion Partial for Summary Judgment.

7.  The Plaintiff will not be prejudiced by the granting of this Motion. The Granting of this Motion will not interfere with any other deadlines set by this Court.

8.  Fed. Ct. Civ. R. 6(b)(1) provides that the Court for cause shown may order the period enlarged if request therefore is made before the expiration of the period originally prescribed or extended by a previous order.

9.  This motion is filed prior to the expiration of the prescribed period and is for good cause shown.

10. The Defendants respectfully request that the following schedule govern discovery in this litigation:

| PROPOSED SCHEDULE | PROPOSED DATE |
| --- | --- |
| **OPPOSITION DUE** | **OCTOBER 18, 2007** |

WHEREFORE, for the reasons stated herein, the Court should grant Defendants' request an extension of time to file an Opposition to Plaintiff's Motion.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General for the District of Columbia

4

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        */s/ Phillip A. Lattimore*
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Sec. III

        */s/Nicola N. Grey*
        NICOLA N. GREY [492150]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6626; (202) 727-6295
        (202) 727-3625 (fax)
        E-mail:  nicola.grey@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action No.: 06-615 (GK)** |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

### ORDER

Upon consideration of the Defendants' Motion to Extend Time to File an Opposition to Plaintiff's Motion for Partial Summary Judgment on behalf of Defendants, the Memorandum in Support thereof, and the facts and law considered, it is hereby

**ORDERED:** that the Motion to Extend Time to file an Opposition on behalf of Defendants is **GRANTED,** and it is,

**FURTHER ORDERED:** that Defendants' Opposition shall be filed on or before October 18, 2007.

So ORDERED this _____ day of _____, 2007.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies to:

Nicola N. Grey, AAG
441 4th Street, NW,
Sixth Floor South
Washington, D.C. 20001

William J. Mertens, Esq.
4905 Hampden Lane, Suite 16
Bethesda, MD 20814

6