IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

                  Civil Action No. 1:06CV00615
    v.                Judge Kessler

EDWINA WILLIAMS, *et al.*,
    *Defendants*.

**PLAINTIFF'S RESPONSE TO MOTION
TO EXTEND TIME TO ANSWER MOTION FOR SUMMARY JUDGMENT**

    Through counsel, Plaintiff hereby responds to Defendants' motion to extend time to October 18, 2007, to respond to Plaintiff's motion for partial summary judgment.

    Plaintiff does not oppose Defendants' request for this additional time.

Dated: October 16, 2007                  Respectfully submitted,

                                                  /s/
                                      William J. Mertens
                                      7910 Woodmont Ave., Suite 1430
                                      Bethesda, MD 20814
                                      (301) 913-0012
                                      Fax: (240) 465-0463
                                      E-mail: wjmertens@aol.com
                                      DC Bar: 911289

                                      Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

     I, William J. Mertens, hereby certify that on this, the 16th day of October, 2007, I caused the foregoing document to be served upon counsel for the Defendants through the Court's electronic filing and notification system.

                                        /s/
                                  William J. Mertens