

# Metropolitan Police Department
## Incident-Based Event Report
Washington, D.C.

## PART I - CLASSIFICATION OF EVENT

**1. TYPE OF REPORT:** ● Offense  ○ Incident

**2. DATE AND TIME OF EVENT**
- Start Date: Feb 17
- Start Time: 0230
- End Date: (blank)
- End Time: (blank)

**3. DATE OF REPORT:** Feb 18
**4. TIME OF REPORT:** 2130
**5. DISTRICT:** 1
**6. SECTOR:** 1
**7. BEAT:** 11
**8. COMPLAINT NUMBER:** 022696

**9. EVENT LOCATION ADDRESS:** #180 St SE  (0831)
- ● Inside of

**10. REPORT RECEIVED BY:** ● On-scene
**11. IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** ● No
**12. PROPERTY TYPE:** ● Private

**13. EVENT NO. 1:** Simple Assault
**14. EVENT NO. 2:** (blank)
**15. EVENT NO. 3:** (blank)

**16. FORCED ENTRY:** ● No
**17. POINT OF ENTRY:** (blank)
**18. a. Method Used:** Punched   **b. Tools Used:** Fist
**19. WEATHER CONDITIONS:** ● Unknown

**20. SUSPECTED HATE CRIME?** ● None

**21. SECURITY SYSTEM:** ● Not applicable

**22. LOCATION TYPE:** ● Tavern/Night club

**23. DESIGNATED AREAS:** ● Not applicable

## PART II - VICTIM INFORMATION

**24. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Kline, Shane A
**25. RELATED TO EVENT NO(S):** 1

**26. VICTIM TYPE:** ● Individual

**27. DATE OF BIRTH:** Aug 17 74
**28. AGE RANGE:** 18-65 yrs.
**29. SEX:** ● Male
**30. HOME PHONE:** (301) 393-2935
**31. BUSINESS PHONE:** (290) 920-0331

**32. RACE/ETHNICITY:** ● White

**33. HOME ADDRESS:** ● Non-DC Resident
653 Oak Hill Ave
Hagerstown, MD. 21740

**34. BUSINESS ADDRESS/SCHOOL:** 41 North Potomac St, Hagerstown

**35. OCCUPATION:** Restaurant Owner
**36. IS EVENT RELATED TO OCCUPATION?** ● No

**37. ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1:** (blank)

**52. STATUS:** ● Open
**53. REVIEWER:** (signature)
**54. DISTRIBUTION:** (signature)

**55. IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.**
( ● ) Yes ( ) No
Name: _____ Address: _____ Phone-Area Code: _____

**56. DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?** ( ) Yes ( ) No

**56A. WAS PD FORM 378A ISSUED?** ( ) Yes ( ) No

**57. IS CPO/TPO OUTSTANDING?** ( ) Yes ( ) No ( ) Unknown    IF YES, ENTER CPO/TPO #: _____

**58. INJURIES** Use the following codes to describe injuries. (Mark all that apply)
- N = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| Victim | ①②③④⑤ | N M B O I | | | | Yes / No | | Admitted / Released |
| Suspect | ⑥⑦⑧⑨ | G L T U | | | | Yes / No | | Admitted / Released |
| Victim | ①②③④⑤ | N M B O I | | | | Yes / No | | Admitted / Released |
| Suspect | ⑥⑦⑧⑨ | G L T U | | | | Yes / No | | Admitted / Released |
| Victim | ①②③④⑤ | N M B O I | | | | Yes / No | | Admitted / Released |
| Suspect | ⑥⑦⑧⑨ | G L T U | | | | Yes / No | | Admitted / Released |
| Victim | ①②③④⑤ | N M B O I | | | | Yes / No | | Admitted / Released |
| Suspect | ⑥⑦⑧⑨ | G L T U | | | | | | |

## PART III - PROPERTY

**59. Codes**
- S = Stolen
- E = Evidence
- R = Recovered
- F = Found
- I = Impounded
- V = Vehicle from which theft occurred
- D = Alleged drug type
- L = Lost
- P = Suspected proceeds of crime
- O = Other

a. Property Book & Page No.: _____
b. Location of Property Book: _____

| Code | Description of Item(s) | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**60. VEHICLE INFORMATION**   Vehicle operated/used by: ( ) Victim ( ) Suspect ( ) Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61. #1**
- ( ● ) Suspect ( ) Missing
- a. Race: ( ) Asian ( ● ) White ( ) Black ( ) Latino/Hispanic ( ) Unknown ( ) Other
- b. Sex: ( ● ) Male ( ) Female ( ) Unknown
- c. Exact Age or Range: 42
- d. Height: 5'6
- e. Weight: 200
- f. Eyes: Blue
- g. Hair: Black

h. Complexion: _____ i. Scars: _____ j. Mustache: _____ k. Facial Hair: _____ l. Hat: _____ m. Coat/Jacket: _Shirt_ n. Pants: _____ o. Blouse/Shirt: _____
p. Perpetrator Suspected of Using: ( ) Alcohol ( ) Drugs ( ) Computer ( ) N/A

**q. Weapons Used in Offense (Mark all that apply)**

Firearm: ( ) Handgun ( ) Shotgun ( ) Other firearm ( ) Revolver ( ) Semi-automatic ( ) Rifle ( ) Automatic
Other: ( ) Cutting instrument ( ) Blunt object ( ) Motor vehicle ( ) Hands/Feet/Teeth ( ) None ( ) Unknown ( ) Other (specify)
Color: _____ Make: _____ Model: _____ Caliber: _____

**62. #2**
- ( ) Suspect ( ) Missing
- a. Race: ( ) Asian ( ) White ( ) Black ( ) Latino/Hispanic ( ) Unknown ( ) Other
- b. Sex: ( ) Male ( ) Female ( ) Unknown
- c. Exact Age or Range: _____
- d. Height: _____
- e. Weight: _____
- f. Eyes: _____
- g. Hair: _____

h. Complexion: _____ i. Scars: _____ j. Mustache: _____ k. Facial Hair: _____ l. Hat: _____ m. Coat/Jacket: _____ n. Pants: _____ o. Blouse/Shirt: _____
p. Perpetrator Suspected of Using: ( ) Alcohol ( ) Drugs ( ) Computer ( ) N/A

**q. Weapons Used in Offense (Mark all that apply)**

Firearm: ( ) Handgun ( ) Shotgun ( ) Other firearm ( ) Revolver ( ) Semi-automatic ( ) Rifle ( ) Automatic
Other: ( ) Cutting instrument ( ) Blunt object ( ) Motor vehicle ( ) Hands/Feet/Teeth ( ) None ( ) Unknown ( ) Other (specify)
Color: _____ Make: _____ Model: _____ Caliber: _____

**63. #3**
- ( ) Suspect ( ) Missing
- a. Race: ( ) Asian ( ) White ( ) Black ( ) Latino/Hispanic ( ) Unknown ( ) Other
- b. Sex: ( ) Male ( ) Female ( ) Unknown
- c. Exact Age or Range: _____
- d. Height: _____
- e. Weight: _____
- f. Eyes: _____
- g. Hair: _____

h. Complexion: _____ i. Scars: _____ j. Mustache: _____ k. Facial Hair: _____ l. Hat: _____ m. Coat/Jacket: _____ n. Pants: _____ o. Blouse/Shirt: _____
p. Perpetrator Suspected of Using: ( ) Alcohol ( ) Drugs ( ) Computer ( ) N/A

**q. Weapons Used in Offense (Mark all that apply)**

Firearm: ( ● ) Handgun ( ) Shotgun ( ) Other firearm ( ● ) Revolver ( ) Semi-automatic ( ) Rifle ( ) Automatic
Other: ( ) Cutting instrument ( ) Blunt object ( ) Motor vehicle ( ) Hands/Feet/Teeth ( ) None ( ) Unknown ( ) Other (specify)
Color: _____ Make: _____ Model: _____ Caliber: _____

*Value of vehicles to be entered by Information Processing section      CCN _622696_      PAGE 2

| 64 | PART V - MISSING PERSONS |
|---|---|
| | PROBABLE CAUSE OF ABSENCE AND DESTINATION |

**65 COMPLAINT NUMBER:** 022696

| 66 | IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 67 CLASSIFICATION<br>○ Critical<br>○ Non-critical | 68 CLASSIFIED BY: |
|---|---|---|---|

| 69 | PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 | DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 | NAME OF PARENT/GUARDIAN |
|---|---|---|---|---|---|

| 72 | ADDRESS OF PARENT/GUARDIAN | 73 | IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 | MISSING PERSON SECTION NOTIFIED (Name) |
|---|---|---|---|---|---|

**75 NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued:

C-1 was sitting at the bar inside of the listed location when S-1 walked up and punched C-1 in the back of the head with closed fist.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
|---|---|---|---|---|

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT | 81 OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) ○ USCP ○ USSS ○ METRO TRANSIT ○ OTHER | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEMENT |
|---|---|---|---|---|---|---|
| Willie C. Akins | | | Holland B | 10 | | 10 |

Harris W.

**PART VI - ADDITIONAL INFORMATION** (Use PD Form 251-C for additional victims or suspects.)

| 84 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | 85 RELATED TO EVENT NO(S). ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ |
|---|---|

**86 VICTIM TYPE**
- ○ Individual    ○ Financial inst.    ○ Religious org.    ○ Police officer
- ○ Business    ○ Government    ○ Society/Public    ○ Other

**87 DATE OF BIRTH**  ○ Unknown  ○ NA

| Month | Day | Year |
|---|---|---|
| ○ Jan ○ Feb ○ Mar ○ Apr ○ May ○ Jun ○ Jul ○ Aug ○ Sep ○ Oct ○ Nov ○ Dec | ⓪①②③④⑤⑥⑦⑧⑨ | ⓪①②③④⑤⑥⑦⑧⑨ | ⓪①②③④⑤⑥⑦⑧⑨ |

**88 AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ○ 18-65 yrs.
- ○ Over 65

**89 SEX**
- ○ Male
- ○ Female
- ○ Unknown

**90 HOME PHONE** ( )

**91 BUSINESS PHONE** ( )

**92 RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native    ○ Japanese
- ○ Asian/Pacific Islander    ○ Korean
- ○ Black    ○ Vietnamese
- ○ Chinese    ○ White
- ○ Latino/Hispanic    ○ Other
- ○ Jamaican    ○ Unknown/Refused

**93 HOME ADDRESS**    ○ DC Resident    ○ Non-DC Resident    ○ Unknown

**94 BUSINESS ADDRESS/SCHOOL**

**95 OCCUPATION**

**96 IS EVENT RELATED TO OCCUPATION?**    ○ Yes    ○ No    ○ Unknown

**97 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

---

| 98 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | 99 RELATED TO EVENT NO(S). ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ |
|---|---|

**100 VICTIM TYPE**
- ○ Individual    ○ Financial inst.    ○ Religious org.    ○ Police officer
- ○ Business    ○ Government    ○ Society/Public    ○ Other

**101 DATE OF BIRTH**  ○ Unknown  ○ NA

| Month | Day | Year |
|---|---|---|
| ○ Jan ○ Feb ○ Mar ○ Apr ○ May ○ Jun ○ Jul ○ Aug ○ Sep ○ Oct ○ Nov ○ Dec | ⓪①②③④⑤⑥⑦⑧⑨ | ⓪①②③④⑤⑥⑦⑧⑨ | ⓪①②③④⑤⑥⑦⑧⑨ |

**102 AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ○ 18-65 yrs.
- ○ Over 65

**103 SEX**
- ○ Male
- ○ Female
- ○ Unknown

**104 HOME PHONE** ( )

**105 BUSINESS PHONE** ( )

**106 RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native    ○ Japanese
- ○ Asian/Pacific Islander    ○ Korean
- ○ Black    ○ Vietnamese
- ○ Chinese    ○ White
- ○ Latino/Hispanic    ○ Other
- ○ Jamaican    ○ Unknown/Refused

**107 HOME ADDRESS**    ○ DC Resident    ○ Non-DC Resident    ○ Unknown

**108 BUSINESS ADDRESS/SCHOOL**

**109 OCCUPATION**

**110 IS EVENT RELATED TO OCCUPATION?**    ○ Yes    ○ No    ○ Unknown

**111 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

---

**112  #1**  ○ Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Unknown ○ Black ○ Latino/Hispanic ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using ○ Alcohol ○ Drugs ○ Computer ○ N/A |
|---|---|---|---|---|---|---|---|---|

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other ○ Revolver ○ Semi-automatic firearm ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

**113  #2**  ○ Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Unknown ○ Black ○ Latino/Hispanic ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using ○ Alcohol ○ Drugs ○ Computer ○ N/A |
|---|---|---|---|---|---|---|---|---|

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other ○ Revolver ○ Semi-automatic firearm ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

**114  #3**  ○ Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Unknown ○ Black ○ Latino/Hispanic ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using ○ Alcohol ○ Drugs ○ Computer ○ N/A |
|---|---|---|---|---|---|---|---|---|

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other ○ Revolver ○ Semi-automatic firearm ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

6

| P.D. 252 Rev. 10/86 | Metropolitan Police Department | SUPPLEMENT REPORT | Washington, D.C. |
|---|---|---|---|

| ☐ Classification Change | ☐ Additional Information |
|---|---|

**1. DISTRICT:** 1st
**2. BEAT / 3. RA:**
**4. ORIGINAL CLASSIFICATION:** Simple Assault
**5. COMPLAINT NUMBER:** 022696
**6. DATE OF THIS REPORT:** 2-18-03
**7. REPORTING ELEM:** 1D
**8. CLASSIFICATION OF REPORT CHANGED TO:**

**9. DATE AND TIME OF EVENT:** 2-17-03 0230
**10. DATE AND TIME OF ORIG. RPT.:** 2-17-03 2130
**11. EVENT LOCATION:** 18 O st SE
**12. PROPERTY TYPE:** ☐ PUBLIC  ■ PRIVATE
**13. RADIO RUN RECEIVED:** ☐ YES  ■ NO   TIME RECEIVED:
**14. DESCRIBE LOCATION:** Tavern/Nightclub
**15. WHERE ENTERED:** —
**16. TOOLS/WEAPONS:** —
**17. METHODS:** —

**18. COMPLAINANT/MISSING PERSON/FIRM:**
A) Kline, Shane A.   SEX: M   RACE: W   DOB: 8-17-71
B)

**19. Suspect/Missing Person:**
■ SUSPECT  RACE: W  SEX: M  AGE: 38-40  HEIGHT: 5'6  WEIGHT: 200  EYES: Br  HAIR: Blk  COMPLEXION: —  SCARS: —  HAT: —  COAT: —  JACKET: —  PANTS: —  SHIRT: Plaid

**20. SOLVABILITY FACTORS**

| | | | |
|---|---|---|---|
| IS THERE A WITNESS? | ■ YES ☐ NO | Tort, Jonathan, 653 Oak Hill Ave, Hagerstown MD 21740  (301) 393-2935 | |
| IS A SUSPECT NAMED? | ■ YES ☐ NO | Marco | |
| IS THE STOLEN PROPERTY TRACEABLE? | ☐ YES ■ NO | | |
| IS PHYSICAL EVIDENCE PRESENT? | ☐ YES ■ NO | | |
| IS THE PERPETRATOR KNOWN TO THE VICTIM? | ☐ YES ■ NO | | |
| WAS A REFERRAL FORM GIVEN TO COMPLAINANT? | ■ YES ☐ NO | | |
| DURING WHAT HOURS IS COMPLAINANT AVAILABLE FOR INTERVIEW | anytime | | |
| IS AN MO OR PATTERN INDICATED? | ☐ YES ■ NO | | |

**22. NARRATIVE:**

W-1 observed S-1 strike C-1 in the back of the neck with a closed fist. Area canvassed for additional witnesses with negative results. W-1 stated he and S-1 became involved in a verbal altercation which resulted in the above offense.

S-1 is named as Marco who is a dancer at the listed location.

**23. STATUS:** ■ OPEN  ☐ PRIOR CLOSED  ☐ CLOSED  ☐ UNFOUNDED  ☐ SUSPENDED
**27. INVESTIGATIVE OFFICER'S RECOMMENDATION:** ☐ SUSPEND  ☐ INVESTIGATE FURTHER
**28. SUPERVISOR'S RECOMMENDATION:** ☐ SUSPEND  ☐ INVESTIGATE FURTHER
**29. REPORTING MEMBER'S SIGNATURE / BADGE:** 1168 1D
**31. SUPERVISOR'S SIGNATURE / BADGE:** 1383 1D

87P7575



# Metropolitan Police Department — Incident-Based Event Report — Washington, D.C.

**PART I - CLASSIFICATION OF EVENT**

- **1. Type of Report:** Offense (●)
- **2. Date and Time of Event:**
  - Start Date: Feb 17, Year 03
  - Start Time: 02:30
  - End Date: (blank)
  - End Time: (blank)
- **3. Date of Report:** Feb 18, 03
- **4. Time of Report:** 21:30
- **5. District:** 1
- **6. Sector:** 1
- **7. Beat:** 111
- **8. Complaint Number:** 022696

- **9. Event Location Address:** #18 O St SE 0831 — Inside of
- **10. Report Received By:** On-scene
- **11. Is Radio Run Location and Event Location the Same?** No
- **12. Property Type:** Private

- **13. Event No. 1:** Simple Assault
- **16. Forced Entry:** No
- **18a. Method Used:** Punches
- **18b. Tools Used:** Fist
- **19. Weather Conditions:** Unknown
- **20. Suspected Hate Crime?** None
- **21. Security System:** Not applicable / Unknown
- **22. Location Type:** Tavern/Night club

**PART II - VICTIM INFORMATION**

- **24. Name of Complainant/Victim No. 1:** Kline, Shane A
- **25. Related to Event No(s):** 1
- **26. Victim Type:** Individual
- **27. Date of Birth:** Aug 17, 74
- **28. Age Range:** 18-65 yrs
- **29. Sex:** Male
- **30. Home Phone:** (301) 393-2935
- **31. Business Phone:** (290) 920-0331
- **32. Race/Ethnicity:** White
- **33. Home Address:** 653 Oak Hill Ave, Hagerstown MD 21740 — Non-DC Resident
- **34. Business Address/School:** 41 North Potomac St, Hagerstown
- **35. Occupation:** Restaurant Owner
- **36. Is Event Related to Occupation?** No

- **52. Status:** Open

**55. IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.** ○ Yes ○ No

Name: _____ Address: _____ Phone-Area Code: _____

**56. DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?** ○ Yes ○ No

**56A. WAS PD FORM 378A ISSUED?** ○ Yes ○ No

**57. IS CPO/TPO OUTSTANDING?** ○ Yes ○ No ○ Unknown — IF YES, ENTER CPO/TPO #: _____

**58. INJURIES** — Use the following codes to describe injuries. (Mark all that apply)

- N = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ○ Victim | ① ② ③ ④ ⑤ | N M B O I | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | G L T U | | | | | | |
| ○ Victim | ① ② ③ ④ ⑤ | N M B O I | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | G L T U | | | | | | |
| ○ Victim | ① ② ③ ④ ⑤ | N M B O I | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | G L T U | | | | | | |
| ○ Victim | ① ② ③ ④ ⑤ | N M B O I | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | G L T U | | | | | | |

## PART III - PROPERTY

**59. Codes:** S = Stolen, E = Evidence, R = Recovered, F = Found, I = Impounded, V = Vehicle from which theft occurred, D = Alleged drug type, L = Lost, P = Suspected proceeds of crime, O = Other

a. Property Book & Page No. _____  b. Location of Property Book _____

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**60. VEHICLE INFORMATION** — Vehicle operated/used by: ○ Victim ○ Suspect ○ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61. #1**
- ● Suspect ○ Missing
- a. Race: ○ Asian ● White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other
- b. Sex: ● Male ○ Female ○ Unknown
- c. Exact Age or Range: 42
- d. Height: 5'6
- e. Weight: 200
- f. Eyes: Blue
- g. Hair: Black
- h. Complexion: _____
- i. Scars: _____
- j. Mustache: _____
- k. Facial Hair: _____
- l. Hat: _____
- m. Coat/Jacket: Shirt
- n. Pants: _____
- o. Blouse/Shirt: _____
- p. Perpetrator Suspected of Using: ○ Alcohol ○ Computer ○ Drugs ○ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Shotgun ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic ○ Other firearm

Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify) _____

Color _____ Make _____ Model _____ Caliber _____

**62. #2**
- ○ Suspect ○ Missing
- a. Race: ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other
- b. Sex: ○ Male ○ Female ○ Unknown
- c. Exact Age or Range: _____
- d. Height: _____
- e. Weight: _____
- f. Eyes: _____
- g. Hair: _____
- h. Complexion / i. Scars / j. Mustache / k. Facial Hair / l. Hat / m. Coat/Jacket / n. Pants / o. Blouse/Shirt
- p. Perpetrator Suspected of Using: ○ Alcohol ○ Computer ○ Drugs ○ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Shotgun ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic ○ Other firearm

Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify) _____

Color _____ Make _____ Model _____ Caliber _____

**63. #3**
- ○ Suspect ○ Missing
- a. Race: ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other
- b. Sex: ○ Male ○ Female ○ Unknown
- c. Exact Age or Range / d. Height / e. Weight / f. Eyes / g. Hair
- h. Complexion / i. Scars / j. Mustache / k. Facial Hair / l. Hat / m. Coat/Jacket / n. Pants / o. Blouse/Shirt
- p. Perpetrator Suspected of Using: ○ Alcohol ○ Computer ○ Drugs ○ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ● Handgun ● Revolver ○ Rifle ○ Shotgun ○ Semi-automatic ○ Automatic ○ Other firearm

Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify) _____

Color _____ Make _____ Model _____ Caliber _____

*Value of vehicles to be entered by Information Processing section      CCN 622696      PAGE 2

**PART V - MISSING PERSONS**

| 64 PROBABLE CAUSE OF ABSENCE AND DESTINATION | 65 COMPLAINT NUMBER |
|---|---|
| | 022696 |

| 66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 67 CLASSIFICATION ○ Critical ○ Non-critical | 68 CLASSIFIED BY: |
|---|---|---|

| 69 PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 NAME OF PARENT/GUARDIAN |
|---|---|---|

| 72 ADDRESS OF PARENT/GUARDIAN | 73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 MISSING PERSON SECTION NOTIFIED (Name) |
|---|---|---|

**75 NARRATIVE** — Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued:

C-1 was sitting at the bar inside of the listed location when S-1 walked up and punched C-1 in the back of the head with closed fist.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
|---|---|---|---|---|

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT | 81 OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) ○ USCP ○ USSS ○ METRO TRANSIT ○ OTHER | 82 SECOND OFFICER'S NAME Holland B | ELEMENT 1D | 83 SIGNATURE OF SUPERVISOR | ELEMENT 1D |
|---|---|---|---|---|---|---|

Harris W.

PAGE 3

**PART VI - ADDITIONAL INFORMATION** (Use PD Form 251-C for additional victims or suspects.)

| 84 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | 85 RELATED TO EVENT NO(S). ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ |
|---|---|

**86 VICTIM TYPE**
- ○ Individual  ○ Financial inst.  ○ Religious org.  ○ Police officer
- ○ Business  ○ Government  ○ Society/Public  ○ Other

**87 DATE OF BIRTH** ○ Unknown ○ NA — Month / Day / Year

**88 AGE RANGE**: ○ 0-1 yr.  ○ 2-12 yrs.  ○ 13-17 yrs.  ○ 18-65 yrs.  ○ Over 65

**89 SEX**: ○ Male  ○ Female  ○ Unknown

**90 HOME PHONE** ( )

**91 BUSINESS PHONE** ( )

**92 RACE/ETHNICITY** (Mark all that apply)
- ○ American Indian/Alaskan Native  ○ Japanese
- ○ Asian/Pacific Islander  ○ Korean
- ○ Black  ○ Vietnamese
- ○ Chinese  ○ White
- ○ Latino/Hispanic  ○ Other
- ○ Jamaican  ○ Unknown/Refused

**93 HOME ADDRESS**  ○ DC Resident  ○ Non-DC Resident  ○ Unknown

**94 BUSINESS ADDRESS/SCHOOL**

**95 OCCUPATION**

**96 IS EVENT RELATED TO OCCUPATION?** ○ Yes  ○ No  ○ Unknown

**97 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

---

| 98 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | 99 RELATED TO EVENT NO(S). ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ |
|---|---|

**100 VICTIM TYPE**
- ○ Individual  ○ Financial inst.  ○ Religious org.  ○ Police officer
- ○ Business  ○ Government  ○ Society/Public  ○ Other

**101 DATE OF BIRTH** ○ Unknown ○ NA — Month / Day / Year

**102 AGE RANGE**: ○ 0-1 yr.  ○ 2-12 yrs.  ○ 13-17 yrs.  ○ 18-65 yrs.  ○ Over 65

**103 SEX**: ○ Male  ○ Female  ○ Unknown

**104 HOME PHONE** ( )

**105 BUSINESS PHONE** ( )

**106 RACE/ETHNICITY** (Mark all that apply)
- ○ American Indian/Alaskan Native  ○ Japanese
- ○ Asian/Pacific Islander  ○ Korean
- ○ Black  ○ Vietnamese
- ○ Chinese  ○ White
- ○ Latino/Hispanic  ○ Other
- ○ Jamaican  ○ Unknown/Refused

**107 HOME ADDRESS**  ○ DC Resident  ○ Non-DC Resident  ○ Unknown

**108 BUSINESS ADDRESS/SCHOOL**

**109 OCCUPATION**

**110 IS EVENT RELATED TO OCCUPATION?** ○ Yes  ○ No  ○ Unknown

**111 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

---

**112  #1**  ○ Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian  ○ White  ○ Unknown<br>○ Black  ○ Latino/Hispanic  ○ Other | ○ Male  ○ Unknown<br>○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol  ○ Drugs<br>○ Computer  ○ N/A |

**q. Weapons Used in Offense** (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun  ○ Shotgun  ○ Other<br>○ Revolver  ○ Semi-automatic  firearm<br>○ Rifle  ○ Automatic | ○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)<br>○ Blunt object  ○ None<br>○ Motor vehicle  ○ Unknown | | | | |

**113  #2**  ○ Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian  ○ White  ○ Unknown<br>○ Black  ○ Latino/Hispanic  ○ Other | ○ Male  ○ Unknown<br>○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol  ○ Drugs<br>○ Computer  ○ N/A |

**q. Weapons Used in Offense** (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun  ○ Shotgun  ○ Other<br>○ Revolver  ○ Semi-automatic  firearm<br>○ Rifle  ○ Automatic | ○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)<br>○ Blunt object  ○ None<br>○ Motor vehicle  ○ Unknown | | | | |

**114  #3**  ○ Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian  ○ White  ○ Unknown<br>○ Black  ○ Latino/Hispanic  ○ Other | ○ Male  ○ Unknown<br>○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol  ○ Drugs<br>○ Computer  ○ N/A |

**q. Weapons Used in Offense** (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun  ○ Shotgun  ○ Other<br>○ Revolver  ○ Semi-automatic  firearm<br>○ Rifle  ○ Automatic | ○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)<br>○ Blunt object  ○ None<br>○ Motor vehicle  ○ Unknown | | | | |

6