P.D. 252 Rev. 10/86   Metropolitan Police Department   **SUPPLEMENT REPORT**   Washington, D.C.

- [ ] Classification Change
- [ ] Additional Information

| # | Field | Value |
|---|---|---|
| 1 | DISTRICT | 1st |
| 2 | BEAT | |
| 3 | RA | |
| 4 | ORIGINAL CLASSIFICATION | Simple Assault |
| 5 | COMPLAINT NUMBER | 022696 |
| 6 | DATE OF THIS REPORT | 2·18·03 |
| 7 | REPORTING ELEM | 1D |
| 8 | CLASSIFICATION OF REPORT CHANGED TO | |
| 9 | DATE AND TIME OF EVENT | 2·17·03  0230 |
| 10 | DATE AND TIME OF ORIG. RPT. | 2·17·03  2130 |
| 11 | EVENT LOCATION | 18 O st SE |
| 12 | PROPERTY TYPE | ☐ PUBLIC  ☒ PRIVATE |
| 13 | RADIO RUN RECEIVED | ☐ YES  ☒ NO |
| 14 | DESCRIBE LOCATION | Tavern/Nightclub |
| 15 | WHERE ENTERED | — |
| 16 | TOOLS/WEAPONS | — |
| 17 | METHODS | — |

18. COMPLAINANT/MISSING PERSON/FIRM

A: Kline, Shane A.   SEX: M   RACE: W   DOB: 8·17·71

19. ☒ SUSPECT  ☐ MISSING PERSON
RACE: W   SEX: M   AGE: 38-40   HEIGHT: 5'6   WEIGHT: 200   EYES: Br   HAIR: Blk   COMPLEXION: —   SCARS: —   HAT: —   COAT: —   JACKET: —   PANTS: —   SHIRT: Plaid

20. **SOLVABILITY FACTORS**

- IS THERE A WITNESS? ☒ YES ☐ NO — Tort, Jonathan, 653 Oak Hill Ave, Hagerstown MD 21740 (301) 393-2935
- IS A SUSPECT NAMED? ☒ YES ☐ NO — Marco
- IS THE STOLEN PROPERTY TRACEABLE? ☐ YES ☒ NO
- IS PHYSICAL EVIDENCE PRESENT? ☐ YES ☒ NO
- IS THE PERPETRATOR KNOWN TO THE VICTIM? ☐ YES ☒ NO
- WAS A REFERRAL FORM GIVEN TO COMPLAINANT? ☒ YES ☐ NO
- DURING WHAT HOURS IS COMPLAINANT AVAILABLE FOR INTERVIEW — anytime
- IS AN MO OR PATTERN INDICATED? ☐ YES ☐ NO

22. **NARRATIVE:**

W-1 observed S-1 strike C-1 in the back of the neck with a closed fist. Area canvassed for additional witnesses with negative results. W-1 stated he and S-1 became involved in a verbal altercation which resulted in the above offense.

S-1 is named as Marco who is a dancer at the listed location.

23. STATUS: ☒ OPEN
29. REPORTING MEMBER'S SIGNATURE   BADGE/ELEM: 1168 1D
31. SUPERVISOR'S SIGNATURE   BADGE/ELEM: 1383 1D

87P7575