# Superior Court of the District of Columbia

## CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW No.: **374-03**

| DEFENDANT'S NAME: Frazier, Robert F. | | | | CCR: 03-022696 | | PDID: |
|---|---|---|---|---|---|---|
| SEX: MALE | RACE: WHITE | D.O.B.: 05/30/1949 | HEIGHT: 505 | WEIGHT: 200 | EYES: BLUE | HAIR: BLACK | COMPLEXION: MEDIUM |

DEFENDANT'S HOME ADDRESS: 5511 Partridge Ct. Harrisburg, PA 17111
TELEPHONE NUMBER: (717) 657-1717

DEFENDANT'S BUSINESS ADDRESS: #18 O St. S.E.
TELEPHONE NUMBER:

COMPLAINANT'S NAME: Kline, Shane A.

LOCATION OF OFFENSE: 18 O STREET SE
DATE OF OFFENSE: 02/17/2003
TIME OF OFFENSE: 02:30

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**
The complainant reported to the Metropolitan Policed Department that he had been the victim of a crime, police report for Simple Assault was made.

An investigation was conducted and the following information was obtained. The complainant was a patron at the "La Cage" Night Club. The suspect is employed as a "Stripper" in the club. The complainant and a witness were sitting in the bar area, when the suspect walked over to the complainant and struck him in the back of the neck with a closed fist for reasons unknown. The complainant was taken to a medical facility treated and released for a bruise to the back of head/neck. The suspect identified as Robert F. Frazier aka "Marco" was interviewed, and he stated that he assaulted the complainant because he was talking negatively about his dancing; and that in fact interfered with his money making abilities in that club.

Based on the aforementioned facts the affiant respectfully requests the issuance of an arrest warrant for the above named defendant.

AFFIANT'S SIGNATURE: X [signature]
Det. Eim Wms. D2-352

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
Frazier, Robert F.

Charge With: Simple assault

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF April 20 03

Kathy Wortham 3/3/03
ASSISTANT UNITED STATES ATTORNEY

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT

Page 1 of 1 pages

10