**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

**COMPLAINT**                                    No. _____

District of Columbia ss:

**Defendant's Name:** Robert  Frazier                                    022696
               (First)      (MI)    (Last)          (PDID)    (CCNO)

     **Address:** 5511 PARTRIDGE CT HARRISBURG, PA

On or about February 17, 2003, within the District of Columbia, ROBERT FRAZIER unlawfully assaulted and threatened SHANE KLINE in a menacing manner. (Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))

**Co-Defendants:**

_____
Affiant's Name

Subscribed and sworn to before me this ____1____ day of _____April, 2003_____

_____
(Judge)   (Deputy Clerk)

**WARRANT**

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
    WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____ Robert  Frazier _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued  4/1/03                                          _____
                                                                        Judge
                                                            Superior Court of the District of Columbia

| Sex: Male | DOB: 05/30/1949 | CCN: 022696 | PDID: |
|---|---|---|---|
| Papering Officer: Williams | | | Badge No.: D352 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: | | |
|---|---|---|---|
| | Fel. I | AFTC | Domestic |
| AUSA Signature: | ☐ | ☐ | ☐ |

9