# METROPOLITAN POLICE DEPARTMENT
## Washington, D.C.
### ARREST/PROSECUTION REPORT
P.D. 163 Rev 08/00

#8297

| Field | Value |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE - UNIT - DATE/TIME - NCIC NO. (ID Only) | LS |
| 2. PDID NUMBER | 548989 |
| 3. DEFENDANT'S TRUE NAME - LAST, FIRST, MIDDLE (ID Only) | |
| 4. CID NUMBER | 1DDU03-1287 |
| 5. UNIT ARREST NUMBER | 010300705 |
| 6. DEFENDANT'S NAME - LAST, FIRST, MIDDLE (At time of arrest) | Frazier, Robert F. |
| 7. DEA LAB NUMBER | N/A |
| 8. Arresting Officer's Name | TURMAN, JOHN T JR |
| Rank / Badge# / Agency | DET2 / D20303 |
| 9. TYPE OF BOND | |
| 10. NICKNAME / ALIAS | "Bob" |
| 11. PHONE NUMBER | (717) 657-1717 |
| 12. COURT DATE | 3/3/2003 |
| 13. ADDRESS | 5511 Partridge Ct Harrisburg, Pa. 17111 |
| 14. TIME IN DC | TEMP |
| 15. SPECIAL INTELLIGENCE | (none checked) |
| 16. SEX | MALE |
| 17. RACE | WHITE |
| 18. BIRTHDATE | 05/30/1949 |
| 19. SOCIAL SECURITY NUMBER | 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 |
| 20. NEED INTERPRETER | NO |
| 21. HEIGHT | 505 |
| 22. WEIGHT | 200 |
| 23. HAIR | BLACK |
| 24. EYES | BLUE |
| 25. COMPLEX | MEDIUM |
| 26. PERMIT NO. / ST | 13-877985, PA |
| 27. BIRTHPLACE | PITTSBURGH, PA |
| 28. CO-DEFENDANT'S Number | 0 |
| 29. IMPERSONATOR? | UNKNOWN |
| 30. ETHNICITY | AMERICAN |
| 31. CAUTION | N/A |
| 32. SCARS / MARKS / TATTOOS | None |
| 33. HAT | NA |
| 34. JACKET | BLUE SUIT |
| 35. PANTS | BLUE SUIT |
| 36. COAT | N/A |
| 37. SHIRT | WHITE DRESS |
| 38. SKIRT/DRESS | NA |

### 39. WHALES / NCIC CHECK

| CHECK MADE BY | NCIC NUMBER | WARRANT ON FILE |
|---|---|---|
| TURMAN, JOHN  D20303 | 30234 | YES US 374-03 |

| 40. LOCATION OF OFFENSE | 18 O ST SE, WASHINGTON, DISTRICT OF COLUMBIA |
| DATE OF OFFENSE | 02/17/2003 |
| TIME OF OFFENSE | 2:30 AM |
| 41. LOCATION OF ARREST | 415 4TH STREET SW, Washington, DISTRICT OF COLUMBIA, 20024 |
| DATE OF ARREST | 04/03/2003 |
| TIME OF ARREST | 6:00 AM |
| 42. ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY | WILLIAMS, EDWINA M, DET, D2-352, 1DDU |

### 43. DEFENDANT ADVISED OF RIGHTS

| DATE | TIME | LOCATION | OFFICER'S NAME - ADVISING / COMPLETING PD FORM 47/47A | BADGE NO. | UNIT |
|---|---|---|---|---|---|
| 4/3/03 | 0615 | FIRST DISTRICT DETECTIVES | TURMAN, JOHN T JR | D20303 | 1DDU |

### 44. COMPLAINANTS / WITNESSES

| NAME | ADDRESS | BIRTHDATE | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| W-1 Kline, Shane A. | 653 Oak Hill Ave Hagerstown, Md. 21740 | 08/17/1971 | | (240) 420-0331 |
| W-2 | | | | |

| 45. SPEC. OPS. | N/A |
| 46. TACTICS | ARREST WARRANT |
| 47. PREMISES | GOVERNMENT BUILDING |
| 48. SCHOOL ZONE / PUBLIC HOUSING | N/A |

### 49. CHARGES

| CHARGES (Enter lead charge first) | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO. |
|---|---|---|---|---|
| SIMPLE ASSAULT | US 374-03 | 03-022696 | LOCK UP | N/A |

| 50. PROPERTY RECOVERED / ITEMS OF EVIDENCE | |
| PROPERTY BOOK / PAGE | CSES NO. |
| 51. INITIAL / DATE / UNIT OF PERSON TAKING PRINT | Jackson 4/3/03 5D |
| 52. M.O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS | STIPPER AT LA CAGE NIGHT CLUB, ETC.. |
| 53. RIGHT THUMB PRINT | |

54. CCB USE ONLY | HEIGHT | WEIGHT | HAIR | EYES | COMPLEX | SCARS / MARKS / TATTOOS

Distribution: ☐ ID & RD;  ☐ Prosecutor;  ☐ Unit Copy;  ☐ Officer's Copy

| 55. EMPLOYMENT HISTORY (List present employment if any, on Line 1) | | | | | |
|---|---|---|---|---|---|
| DATE FROM | TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|  |  |  |  |  | "Stripper" La Cage |
|  |  |  |  |  |  |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS, AND ASSOCIATES | | | | |
|---|---|---|---|---|
| RELATIONSHIP | DOB / AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| Mom | Adult | Frazier, Sylvia | 200 White Hampton Ln. #926 | 412 882-8952 |
|  |  |  |  |  |
|  |  |  |  |  |

| 57. MILITARY SERVICE: BRANCH / DATE FROM - TO | 58. TELEPHONE CALL MADE | 59. PHONE NUMBER |
|---|---|---|
| US ARMY 1974 | NO |  |

**60. STATEMENT OF FACTS:**

On February 17, 2003 at 0230 hours the complainant was a patron at the listed location, while inside of the establishment, the defendant struck him on the back of the head with a closed fist.

On April 1, 2003 a warrant was issued for the defendant US 374-03 Simple Assault.

On April 3rd, 2003 the Defendant turned himself in at the First District Police Station. A WALES check confirmed that the Defendant was wanted on an outstanding Arrest Warrant, US 374-03. The Defendant was subsequently processed and transported to DC Superior Court.

**61. DEFENDANT'S VERSION / REMARKS:**

| RECORD CLERK'S NAME | | 3. | 4. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| 63. ARREST RECORD | | | | |
| 1. | 2. | 5. | 6. | |

**65. BAIL REFORM ACT**
NO

| 66. PRINTED NAME - OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL | |
|---|---|---|---|---|
| WILLIAMS, EDWINA M | D2-352 | DET |  | |
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT | DATE |
|  | 1DDU |  | 1D | 4-3-03 |

Page 2 of 2 pages

8