**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action No.: 06-615 (GK)** |
| : | |
| **EDWINA WILLIAMS**, *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## CONSENT MOTION FOR A PROTECTIVE ORDER

Defendants, by and through undersigned counsel, and pursuant to Fed. Ct. Civ. P. 26(c), hereby move this Honorable Court to enter the attached protective order, which requires that any document or information released to Plaintiff or Defendants, which contains confidential personnel and personal information, be used for the purposes of this litigation only, that all copies be returned to the producing party after the disposition of this matter, that the Plaintiff, Defendants and counsel be precluded from disclosing or disseminating the documents and contents of said confidential personnel information to third parties, and that any personal information in the confidential personnel documents be redacted from the documents. Attached is a memorandum of points and authorities in support of this motion.

WHEREFORE, Defendants request that this Court grant this Consent Motion for a Protective Order.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

       */s/Phillip A. Lattimore*
       PHILLIP A. LATTIMORE, III [422968]
       Chief, General Litigation Sec. III

       */s/Nicola N. Grey*
       NICOLA N. GREY [492150]
       Assistant Attorney General
       441 Fourth Street, N.W.
       Sixth Floor South
       Washington, D.C. 20001
       (202) 724-6626; (202) 727-6295
       (202) 727-3625 (fax)
       E-mail: nicola.grey@dc.gov

## RULE 7(m) CERTIFICATE

Plaintiff consents to the filing of this Motion and the relief requested herein.

       */s/Nicola N. Grey*
       NICOLA N. GREY
       Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| **Plaintiff,** | : |
| vi. | : Civil Action No.: 06-615 (GK) |
| **EDWINA WILLIAMS,** *et al.*, | : |
| **Defendants.** | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT'S CONSENT MOTION FOR A PROTECTIVE ORDER**

Background

Plaintiff, Robert Fraizer ("Plaintiff"), filed this lawsuit against the Defendants District of Columbia and Detective Edwina Williams ("Defendants"), as a result of his April 3, 2003, arrest.

The parties are presently engaged in discovery and the Plaintiff has requested discovery of confidential documents or information that may include the Defendants' or non-party witnesses' personnel or personal documents or information. Given the privacy considerations of confidential personnel or personal document and information, the District moves the Court for a Protective Order for these records.

**Argument**

D.C. Code § 1-631.03 (2001) provides that personnel information within the possession or custody of the District of Columbia is protected from disclosure. Thus, certain restrictions should be placed upon the use and dissemination of any information obtained herein. Therefore, Defendant requests that the Court issue a Protective Order that:

(1)   mandates that any documents produced and/or released by the parties shall

3

be used for this litigation only;

(2)    requires that the personal information of the parties, non-party witnesses, *i.e.* social security numbers, dates of birth, phone numbers and addresses, shall be redacted from the documents to be produced;

(3)    requires that all copies of the documents produced by the District shall be returned to counsel for Defendant upon the conclusion of all proceedings or after any settlement of this case;

(4)    precludes the parties, counsel, staff, agents, experts, non-party witnesses, and the court and its employees from showing, disclosing, discussing, or otherwise revealing, in any way, the documents and contents of these records or documents; and

(5)    the protected documents may be made available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court which embody the protected documents shall be filed under seal.

## Conclusion

For the foregoing reasons, the Defendant respectfully requests that this Honorable Court enter the attached Protective Order.

                                      Respectfully submitted,

                                      LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

      /s/Phillip A. Lattimore
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

>          */s/Nicola N. Grey*
> NICOLA N. GREY [492150]
> Assistant Attorney General
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6626; (202) 727-6295
> (202) 727-3625 (fax)
> E-mail:  nicola.grey@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| **Plaintiff,** | : |
| vii. | : Civil Action No.: 06-615 (GK) |
| **EDWINA WILLIAMS,** *et al.*, | : |
| **Defendants.** | : |

### **PROTECTIVE ORDER**

Upon review of the Consent Motion for Protective Order in the above-captioned action, it is this _____ day of _____, 2007,

**ORDERED** that the Consent Motion for Protective Order is hereby granted; and it is,

**FURTHER ORDERED** that:

The contents of the protected documents and information, *i.e.* the documents that refer to the personnel records of the parties or of non-party witnesses, employee personnel records or files, or sensitive medical, financial, or professional records received by any party during discovery in this case shall be disclosed to the following persons with the following restrictions:

Counsel for any party engaged in the litigation of this action and professional, clerical secretarial and other support personnel of such counsel;

Named parties to this litigation;

Experts retained to assist counsel for any party to this litigation;

Witnesses in the course of deposition or at trial, in the good faith belief that examination with respect to confidential documents is necessary for legitimate discovery purposes;

This Court and its employees, the triers of fact and court reporters transcribing testimony herein and notarizing officers.

Prior to this disclosure of confidential documents and informant to any persons described in the preceding paragraphs, the applicable party shall provide such persons with a copy of this Order and shall advise them that the disclosure of these confidential documents is subject to the terms of this Protective Order. Confidential documents shall be disclosed to an expert only after the expert has signed a commitment to comply with and be bound by this Order. On request from counsel for the party that has produced protected documents or information, the party that has received such documents or information or that party's counsel shall certify that he or she has complied with the provisions of this Order.

The protected documents shall be used for this litigation only. Irrelevant and potentially sensitive personal information of the non party witnesses, *i.e.* social security numbers, dates of birth, phone numbers and addresses, may be redacted from the protected documents. The protected documents may be made available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court which embody the protected documents shall be filed under seal.

At the conclusion of this lawsuit, all confidential documents, including originals, copies, abstract or summaries thereof, shall be returned to counsel for the party that produced them in discovery, and no copies thereof shall be retained by any other person. Counsel shall be responsible for ensuring that all confidential documents provided to experts, including abstracts and summaries thereof, are returned to Defendant. Counsel for the party that received confidential documents may retain abstracts or summaries of confidential documents which

7

contain counsel's mental impressions or opinions. Such abstracts or summaries shall remain subject to the terms of this Protective Order.

                                                                                                 _____
                                                                                                 Honorable Gladys Kessler
                                                                                                 United States District Judge

Copies to:

Nicola N. Grey
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

William J. Mertens, Esq.
Law Office of Williams J. Mertens
7910 Woodmont Ave., Suite 1430
Bethesda, MD 20814