UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,                          :
                                         :
        Plaintiff,                       :
                                         :
    vii.                                 :  Civil Action No.: 06-615 (GK)
                                         :
EDWINA WILLIAMS, *et al.*,               :
                                         :
        Defendants.                      :
                                         :

## PROTECTIVE ORDER

Upon review of the Consent Motion for Protective Order in the above-captioned action, it is this _13th_ day of _November_ 2007,

**ORDERED** that the Consent Motion for Protective Order is hereby granted; and it is,

**FURTHER ORDERED** that:

The contents of the protected documents and information, *i.e.* the documents that refer to the personnel records of the parties or of non-party witnesses, employee personnel records or files, or sensitive medical, financial, or professional records received by any party during discovery in this case shall be disclosed to the following persons with the following restrictions:

Counsel for any party engaged in the litigation of this action and professional, clerical secretarial and other support personnel of such counsel;

Named parties to this litigation;

Experts retained to assist counsel for any party to this litigation;

Witnesses in the course of deposition or at trial, in the good faith belief that examination with respect to confidential documents is necessary for legitimate discovery purposes;

6

This Court and its employees, the triers of fact and court reporters transcribing testimony herein and notarizing officers.

Prior to this disclosure of confidential documents and informant to any persons described in the preceding paragraphs, the applicable party shall provide such persons with a copy of this Order and shall advise them that the disclosure of these confidential documents is subject to the terms of this Protective Order. Confidential documents shall be disclosed to an expert only after the expert has signed a commitment to comply with and be bound by this Order. On request from counsel for the party that has produced protected documents or information, the party that has received such documents or information or that party's counsel shall certify that he or she has complied with the provisions of this Order.

The protected documents shall be used for this litigation only. Irrelevant and potentially sensitive personal information of the non party witnesses, *i.e.* social security numbers, dates of birth, phone numbers and addresses, may be redacted from the protected documents. The protected documents may be made available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court which embody the protected documents shall be filed under seal.

At the conclusion of this lawsuit, all confidential documents, including originals, copies, abstract or summaries thereof, shall be returned to counsel for the party that produced them in discovery, and no copies thereof shall be retained by any other person. Counsel shall be responsible for ensuring that all confidential documents provided to experts, including abstracts and summaries thereof, are returned to Defendant. Counsel for the party that received confidential documents may retain abstracts or summaries of confidential documents which

7

contain counsel's mental impressions or opinions. Such abstracts or summaries shall remain

subject to the terms of this Protective Order.

Nov 13, 2007

Honorable Gladys Kessler
United States District Judge

Copies to:

Nicola N. Grey
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

William J. Mertens, Esq.
Law Office of Williams J. Mertens
7910 Woodmont Ave., Suite 1430
Bethesda, MD 20814