UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-615 (GK) |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## DEFENDANTS' MOTION FOR A ONE DAY EXTENSION TO FILE A REPLY

Defendants District of Columbia and Detective Edwina Williams, and by and through undersigned counsel, hereby moves this Court to grant a brief one day extension to file their Reply to the Plaintiff's Opposition to the Defendants Motion for Leave to Serve Answers to Admissions. This request is being made as soon as counsel learned of their need and is made before the expiration of the discovery deadline.

A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Dated: November 14, 2007

                                               Respectfully submitted,

                                               LINDA SINGER
                                               Attorney General for the District of Columbia

                                               GEORGE C. VALENTINE
                                               Deputy Attorney General,
                                               Civil Litigation Division

                                               _____/s/_____
                                               PHILLIP A. LATTIMORE, III [422968]
                                               Chief, General Litigation Sec. III

                                              /s/
                                  NICOLA N. GREY [492150]
                                  Assistant Attorney General
                                  441 Fourth Street, N.W., Sixth Floor South
                                  Washington, D.C. 20001
                                  (202) 724-6626; (202) 727-6295
                                  (202) 727-3625 (fax)
                                  E-mail: nicola.grey@dc.gov
                                  Attorney for Defendants

## **RULE 7(m) CERTIFICATE**

On November 14, 2007, undersigned counsel attempted but was unable to speak with Plaintiff's counsel, William J. Mertens personally in order to obtain his consent to the filing of this motion and the relief requested within. A voice mail message and email message were left. Therefore this motion should be treated as contested.

                                             /s/
                                  NICOLA N. GREY
                                  Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vi. : | Civil Action No.: 06-615 (GK) |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
MOTION FOR A ONE DAY EXTENSION OF TIME TO FILE A REPLY**

Defendants District of Columbia and Detective Edwina Williams, and by and through undersigned counsel, hereby moves this Court to grant a brief one day extension to file their Reply to the Plaintiff's Opposition to the Defendants Motion for Leave to Serve Answers. In support of this motion, the Defendants state as follows:

1. Defendants filed a Motion for Leave to Serve Answers to Admissions on October 23, 2007.

2. Plaintiff filed it Opposition on November 6, 2007.

3. Defendants reply is due on November 14, 2007.

4. Defendants respectfully request a brief one day extension to file their reply. Due to the press of other matter, Defendants were unable to complete their reply and have it reviewed by the November 14, 2007 deadline.

5. As a result of this schedule and other pleadings and discovery that had to be filed and served, undersigned counsel was unable to complete their Reply. Since November 6, 2007, undersigned counsel has participated in seven depositions and deposition preparations in Graham

v. Parry, Ripley v. DC, and Kamanda v. DC. Additionally, undersigned counsel has participated in two pre-trial conferences and three mediations that lasted several hours in Kamanda v. DC, Deal v. DC, and Jones v. DC.

6. The brief extension of time is necessary so that Defendants may file their reply.

7. Plaintiff will not be prejudiced by the granting of this motion.

8. This is the Defendants' first request for an extension to file a reply to their motion for leave to serve answers to admissions.

WHEREFORE, for the reasons stated herein, the Defendants request that this Court grant a one extension to file replies.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

       /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

       /s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-615 (GK) |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Upon consideration of the Defendants' Motion for a One Day Extension to File a Reply to the Plaintiff's Opposition to the Defendants Motion for Leave to Serve Answers, the Memorandum in Support thereof, any Opposition, and the facts and law considered, it is hereby

**ORDERED:** that the motion for the one day extension is **GRANTED,** and it is,

So ORDERED this _____ day of _____, 2007.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies to:

Nicola N. Grey, AAG
441 4th Street, NW,
Sixth Floor South
Washington, D.C. 20001

William J. Mertens, Esq.
4905 Hampden Lane, Suite 16
Bethesda, MD 20814