UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-615 (GK) |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## DEFENDANTS' CONSENT MOTION FOR AN
## EXTENSION OF THE DISCOVERY DEADLINE

Defendants District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and with Plaintiff's consent, hereby move this Court to grant a brief 15 day extension of the November 15, 2007, discovery deadline pursuant to Fed. R. Civ. P. 6(b)(1). The proposed deadlines below do not impact on the February 21, 2008, pretrial conference date since no date has been scheduled. This request is being made as soon as counsel learned of their need and is made before the expiration of the discovery deadline.

A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Dated: November 14, 2007

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General,
                                        Civil Litigation Division

                                            /s/
                                        PHILLIP A. LATTIMORE, III [422968]
                                        Chief, General Litigation Sec. III

        /s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov
Attorney for Defendants

**RULE 7(m) CERTIFICATE**

On November 13, 2007, Plaintiff's counsel, William J. Mertens consented to the filing of this motion and the relief requested within.

        /s/
NICOLA N. GREY
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.: 06-615 (GK) |
| **EDWINA WILLIAMS,** *et al.*, | : |
| **Defendants.** | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF THE DISCOVERY SCHEDULE**

Defendants District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and with Plaintiff's consent, hereby move this Court to grant a brief extension of the November 15, 2007, discovery deadline pursuant to Fed. R. Civ. P. 6(b)(1). The proposed deadlines below do not impact on the February 21, 2008, pretrial conference date. In support of this motion, the Defendants state as follows:

1. Pursuant to this Court's September 24, 2007, Order, the discovery deadline is currently set for November 15, 2007, with dispositive motions due by December 15, 2007, responses to dispositive motion due by January 15, 2008, and replies due one week after opposition is submitted. The Pretrial Conference is set for February 21, 2008. Mediation is scheduled for November 27, 2007.

2. This request is being made due to the press of other matters and despite diligent efforts, the parties will not be able to complete all discovery by November 15, 2007.

3. The Parties have met and conferred regarding outstanding discovery issues by email and by phone on November 8, 2007.

4.      Defendants have provided Plaintiff with outstanding discovery documents and intend to serve written supplemental responses on Plaintiff by November 15, 2007 and November 20, 2007.[1]

5.      Plaintiff intends to supplement his discovery and provide Defendants with outstanding discovery or advise counsel as to whether or not Plaintiff intends to raise certain claims where that discovery is relevant by this week.

6.      The parties believe that the outstanding discovery is necessary prior to the completion of the depositions and request an additional 15 days to complete discovery in light of the upcoming holiday from November 15, 2007, to November 30, 2007.

7.      Additionally, as previously addressed before the Court, undersigned counsel was unavailable for depositions until November 2007, as a result of depositions and other matters scheduled in undersigned counsel's other cases.  The parties did attempt to schedule the deposition of Defendant Williams on November 15, or 16, 2007.  Defendant Williams was unavailable due to mandatory training on November 15, 2007, and an arraignment on November 16, 2007.

8.      The extension of time is necessary so that the parties may obtain all outstanding discovery in order to complete depositions.

9.      Plaintiff will not be prejudiced by the granting of this motion and in fact consents to the filing of this motion and the relief requested within.

11.     This is the Defendants' first request for an extension of discovery.  Accordingly, the Defendants request the following proposed extension of the case schedule:

---

1       Defendant Williams is unable to sign off on her supplemental answers to interrogatories until November 20, 2007.  The District will submit its supplemental written responses on November 15, 2007.

12. **PROPOSED DISCOVERY SCHEDULE**:          **PROPOSED DATE**

- **Discovery deadline**                       November 30, 2007

- **Dispositive Motions**                      December 30, 2007

- **Oppositions**                              January 30, 2007

- **Replies**                                  One week after Oppositions are filed

WHEREFORE, for the reasons stated herein, and with the consent of the parties, the Defendants request that this Court grant a 15 day extension of the discovery deadlines.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General,
    Civil Litigation Division

       /s/
    PHILLIP A. LATTIMORE, III [422968]
    Chief, General Litigation Sec. III

       /s/
    NICOLA N. GREY [492150]
    Assistant Attorney General
    441 Fourth Street, N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6626; (202) 727-6295
    (202) 727-3625 (fax)
    E-mail: nicola.grey@dc.gov
    Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action No.: 06-615 (GK)** |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Upon consideration of the Defendants' Consent Motion for an Extension of the Discovery Deadline, the Memorandum in Support thereof, and the facts and law considered, it is hereby

**ORDERED:** that the Consent Motion to Extend the Discovery Deadline is **GRANTED,** and it is,

**FURTHER ORDERED:** that discovery shall be completed according to the schedule below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| • **Discovery deadline** | **November 30, 2007** |
| • **Dispositive Motions** | **December 30, 2007** |
| • **Oppositions** | **January 30, 2007** |
| • **Replies** | **One week after Oppositions are filed** |

So ORDERED this _____ day of _____, 2007.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies to:

Nicola N. Grey, AAG
441 4th Street, NW,
Sixth Floor South
Washington, D.C. 20001

William J. Mertens, Esq.
4905 Hampden Lane, Suite 16
Bethesda, MD 20814