UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| **Plaintiff,** | : |
| v. | : **Civil Action No.: 06-615 (GK)** |
| **EDWINA WILLIAMS,** *et al.*, | : |
| **Defendants.** | : |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF DEFENDANTS'
REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR LEAVE TO SERVE ANSWERS TO ADMISSIONS**

Defendants respectfully request that the Court withdraw Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Leave to Serve Answers to Admissions Docket Number 31. Document Number 31 was incorrectly filed with the Court.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

    /s/Phillip A. Lattimore
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

    /s/Nicola N. Grey
NICOLA N. GREY [492150]
DAVID A. JACKSON [471535]
Assistant Attorneys General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov