IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

    v.

EDWINA WILLIAMS, *et al.*,
    *Defendants*.

Civil Action No. 1:06CV00615
Judge Kessler

## PLAINTIFF'S RESPONSE TO MOTION TO EXTEND DISCOVERY

Through counsel, Plaintiff hereby responds briefly to Defendants' Consent Motion For an Extension of the Discovery Deadline.

As the motion represents, Plaintiff, through his counsel, does consent to Defendants' request to extend discovery another 15 days, to November 30, 2007. Plaintiff writes separately to make clear that he consents most reluctantly. He does so only because without this further extension, it would be impossible for Plaintiff to obtain necessary discovery. Most importantly, neither Defendant has been available for deposition to this point, despite Plaintiff's service of notices of deposition of both Defendants over three months ago, on August 15, and despite the Court's admonitions at the last status conference, on September 24, that Defendants needed to make themselves available. Further, as Defendants' motion states, Defendants did not provide certain written discovery until the past very few days, and will not provide additional written discovery until next week.

For these reasons, Plaintiff consents to Defendants' request.

Dated: November 16, 2007                                   Respectfully submitted,

>                                             _____/S/_____
>                                             William J. Mertens
>                                             7910 Woodmont Ave., Suite 1430
>                                             Bethesda, MD 20814
>                                             (301) 913-0012
>                                             Fax: (240) 465-0463
>                                             E-mail: wjmertens@aol.com
>                                             DC Bar: 911289
>
>                                             Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I, William J. Mertens, hereby certify that on this, the 16th day of November, 2007, I caused the foregoing document to be served upon counsel for the Defendants through the Court's electronic filing and notification system.

>                                             _____/S/_____
>                                             William J. Mertens