**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROBERT FRAZIER, | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| v. | **:** | **Civil Action No. 06-615 (GK)** |
| | **:** | |
| EDWINA WILLIAMS, *et al.*, | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## ORDER

Upon consideration of Defendants' Motion for leave to serve its Answers to Plaintiff's RFA,

and the facts and law considered, it is hereby

**ORDERED**, that Defendants' Motion is **granted**; and it is further

**ORDERED**, that the responses to requests for Admissions Nos. 1, 3-6, and 9-11 shall be

admitted as follows:

**RESPONSE No. 1**: Deny that the incident occurred on February 16, 2003. Defendants admit that the Plaintiff was arrested for an incident that occurred on February 17, 2003.

**RESPONSE NO. 3**: Deny. Plaintiff was arrested as a result of his conduct of allegedly committing an assault against another person.

**RESPONSE NO. 4**: Deny.

**RESPONSE NO. 5**: Deny

**RESPONSE NO. 6**: Objection. Plaintiff caused his own arrest allegedly committing an assault against another person. Without waiving the objection, Defendants admit that Officer Williams' actions conformed to the applicable departmental policies and procedures in arresting the Plaintiff.

**RESPONSE NO. 9:** Deny.

**RESPONSE NO. 10:** Deny.

**RESPONSE NO. 11:** Deny.


**SO ORDERED** this 20th day of December 2007.



                                        /s/
                                        _____
                                        Gladys Kessler
                                        United States District Judge


**Copies via ECF to all counsel of record**