UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **EDWINA WILLIAMS,** *et al.*, : <br> : <br> **Defendants.** : <br> : | Civil Action No.: 06-615 (GK) |

## DEFENDANTS EDWINA WILLIAMS AND THE DISTRICT OF COLUMBIA'S NOTICE OF SUBSTITUTION OF COUNSEL

TO:   CLERK OF COURT

TO:   ALL PARTIES

PLEASE TAKE NOTICE that, on this 15th day of January, 2008, Richard A. Latterell is entering his appearance and replacing Nicola Grey as counsel for Defendant the District of Columbia. Pursuant to Fed. R. Civ. P. 5(a), service of all pleadings and correspondence in this matter should be sent to Mr. Latterell at his Washington, D.C. office address below.

//

//

Dated this 15th day of January, 2008.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                */s/ Phillip A. Lattimore, III*
                PHILLIP A. LATTIMORE, III [422968]
                Chief, General Litigation Section III

                */s/ Richard A. Latterell*
                RICHARD A. LATTERELL [502127]
                Assistant Attorney General
                441 Fourth Street, N.W., Suite 6S074
                Washington, D.C. 20001
                (202) 724-6626
                (202) 727-3625 (fax)
                Email:  richard.latterell@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 15th day of January, 2008, a copy of the foregoing Notice of Substitution of Counsel was served electronically, via the Court's CM/ECF filing system, to the following:

>William J. Mertens
>4905 Hampden Lane, Suite 16
>Bethesda, MD 20814

>/s/ Richard A. Latterell
>Richard A. Latterell
>Assistant Attorney General