UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FRAZIER, | : |
| | : |
|     Plaintiff, | :   Civil Action No.: 06-615 (GK) |
| | :   Judge Gladys Kessler |
| v. | : |
| | : |
| EDWINA WILLIAMS, *et al.*, | :   **Next Event:** 2/21/08 |
| | :           Pretrial Conference |
|     Defendants. | : |
| | : |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Robert Frazier and Defendants District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby jointly move this Court to extend the discovery and briefing schedule to allow the following: (1) completion of discovery by February 29, 2008; (2) filing of dispositive motions by March 31, 2008; (3) filing of responses thereto by April 30, 2008; and (4) filing of replies to such responses one week after the filing of responses.

The parties also respectfully request that the pretrial conference scheduled for February 21, 2008, be rescheduled until completion of briefing on dispositive motions. In support, the parties have attached a Memorandum of Points and Authorities, along with a proposed Order.

//

//

Dated this 18th day of February, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Phillip A. Lattimore, III*
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Section III

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL [502127]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S074
        Washington, D.C. 20001
        (202) 724-6626
        (202) 727-3625 (fax)
        Email: richard.latterell@dc.gov

        Attorneys for the Defendants

        */s/ William J. Mertens*
        WILLIAM J. MERTENS [911289]
        7910 Woodmont Ave.
        Suite 1430
        Bethesda, MD 20814
        (301) 913-0012
        (240) 465-0463 (fax)
        e-mail: wjmertens@aol.com

        Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| Plaintiff, : | Civil Action No.: 06-615 (GK) |
| : | Judge Gladys Kessler |
| vi. : | |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | Next Event: 2/21/08 |
| : | Pretrial Conference |
| Defendants. : | |
| : | |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF JOINT MOTION TO EXTEND DEADLINES

The parties respectfully request this memorandum in support of their motion for additional time in which to complete preparation of this case for trial.

### BACKGROUND

This case concerns the Plaintiff's allegations of false arrest by Edwina Williams, a Detective with the Metropolitan Police, for the offense of simple assault. At Plaintiff's first appearance in the Superior Court, following a night in lock-up, charges were initially filed against him, but then the office of the U.S. Attorney entered a *nolle prosequi*, and he was released. Det. Williams subsequently brought a disciplinary complaint against Sgt. Parson for alleged misconduct in connection with his actions with respect to the arrest and prosecution of the Plaintiff, Mr. Frazier. Plaintiff requested production all files concerning that complaint and its handling, which defendants produced in late December, 2007.

Mr. Latterell, new to the Office of the Attorney General for the District of Columbia, entered his Notice of Substitution of Counsel for the Defendants on January 15, 2008. Since Mr. Latterell's

appearance, counsel for both parties have been in steady communication regarding supplementing responses to discovery requests and scheduling depositions.

## DISCUSSION

Fed. R. Civ. P. 6(b)(1) provides that the Court may enlarge a time period "for cause shown" if request is made before the expiration of the period originally prescribed or as extended by a previous order, and Rule 6(b)(2) provides that extension may be made after the expiration of the specified time period where the failure to act was the result of excusable neglect.  Fed. R. Civ. P. 6(b)(1) & (2); *see also Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990); *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995).

Here, previous counsel Nicola Grey transferred from the Office of the Attorney General for the District of Columbia on November 26, 2007, and Mr. Latterell was not assigned the case until shortly after he joined the Office, in early January, 2008.  Mr Latterell has expended considerable effort getting up to speed on Ms. Grey's caseload, including supplementing certain responses to plaintiff's discovery requests in this action.  The parties have now concluded their written discovery and agreed upon a schedule that would allow them to complete depositions by the end of February, 2008.  Accordingly, for cause shown, the parties respectfully request extensions as follows:

| | |
|---|---|
| **Close of discovery** | **February 29, 2008** |
| **Dispositive motions** | **March 31, 2008** |
| **Responses to motions** | **April 30, 2008** |
| **Replies** | **On week after responses filed** |

In addition, a pretrial conference is presently scheduled for February 22, 2008.  The parties

respectfully request that a new date be set following briefing on dispositive motions.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this motion be granted.

Dated this 18th day of February, 2008.

> Respectfully submitted,
>
> PETER J. NICKLES
> Interim Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General, Civil Litigation Division
>
> */s/ Phillip A. Lattimore, III*
> PHILLIP A. LATTIMORE, III [422968]
> Chief, General Litigation Section III
>
> */s/ Richard A. Latterell*
> RICHARD A. LATTERELL [502127]
> Assistant Attorney General
> 441 Fourth Street, N.W., Suite 6S074
> Washington, D.C. 20001
> (202) 724-6626
> (202) 727-3625 (fax)
> Email:  richard.latterell@dc.gov
>
> Attorneys for the Defendants
>
> */s/ William J. Mertens*
> WILLIAM J. MERTENS [911289]
> 7910 Woodmont Ave.
> Suite 1430
> Bethesda, MD 20814
> (301) 913-0012
> (240) 465-0463 (fax)
> e-mail: wjmertens@aol.com
>
> Attorney for Plaintiff

Case 1:06-cv-00615-GK   Document 37   Filed 02/18/2008   Page 6 of 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | Civil Action No.: 06-615 (GK) |
| : | Judge Gladys Kessler |
| vii. : | |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Upon consideration of the parties' Join Motion to Extend Deadlines, the Memorandum in Support thereof, and the facts and law considered, it is hereby

**ORDERED:** that the Joint Motion to Extend the Discovery Deadline is **GRANTED,** and it is,

**FURTHER ORDERED:** that discovery shall be completed according to the schedule below.

| SCHEDULE | DATE |
|---|---|
| Close of Discovery: | February 29, 2008 |
| Dispositive Motions: | March 31, 2008 |
| Oppositions: | April 30, 2008 |
| Replies: | May 7, 2008 |
| Pretrial Conference: | TBD |

So ORDERED this _____ day of _____, 2008.

_____
The Honorable Gladys Kessler United

States District Court Judge

Copies to:

Richard A. Latterell
Assistant Attorney General
441 4th Street, NW,  Sixth Floor South
Washington, D.C. 20001

William J. Mertens, Esq.
7910 Hampden Lane, Suite 1430
Bethesda, MD 20814