UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 06-615 (GK) |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon consideration of the parties' Joint Motion to Extend Deadlines, the Memorandum in Support thereof, and the facts and law considered, it is this 19th day of February, 2008, hereby

**ORDERED**, that the Joint Motion to Extend Discovery Deadline is **granted**; and it is further

**ORDERED**, that discovery shall be completed according to the following schedule:

| | |
|---|---|
| Close of Discovery: | February 29, 2008 |
| Dispositive Motions: | April 1, 2008 |
| Oppositions: | May 1, 2008 |
| Replies: | May 8, 2008 |
| Pretrial Conference: | June 24, 2008 at 4:15 p.m. |

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**