UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | Civil Action No.: 06-615 (GK) |
| : | Judge Gladys Kessler |
| v. : | |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | Next Event: 3/21/08 |
| : | Motions Deadline |
| **Defendants.** : | |
| _____ : | |

### CONSENT MOTION TO EXTEND DISCOVERY FOR ADDITIONAL TWO WEEKS

Defendants the District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to extend the discovery period for an additional two weeks, until Friday, March 14, 2008, to accommodate plaintiff's unavailability due to a family emergency (plaintiff's mother's hospitalization). The undersigned does not believe that this extension request will affect any of the other deadlines set by this Court in its February 19, 2008 Order.

### FED. R. CIV. P. 7(m) STATEMENT

Between Wednesday-Friday, February 27-29, 2008, the undersigned left several voicemails and emails for plaintiff's counsel but did not receive any response. At 5:30 p.m. (EST) on Friday, February 29, 2008, plaintiff's counsel emailed the undersigned with the message: "Please go ahead and draft the motion. I haven't as of right now heard from Mr. Frazier but expect to do so before the end of the weekend. Thank you." The undersigned presumes this statement reflects plaintiff's consent to the relief sought in the instant motion, especially given plaintiff's counsel's cooperation with the joint motion for an extension of deadlines that the parties recently filed on February 18, 2008.

Dated this 29th day of February, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Phillip A. Lattimore, III*
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Section III

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL [502127]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S074
        Washington, D.C. 20001
        (202) 724-6626
        (202) 727-3625 (fax)
        Email:  richard.latterell@dc.gov

        Attorneys for the Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FRAZIER, | : |
| Plaintiff, | : Civil Action No.: 06-615 (GK) |
| | : Judge Gladys Kessler |
| vi. | : |
| EDWINA WILLIAMS, *et al.*, | : Next Event: 2/21/08 |
| | :         Pretrial Conference |
| Defendants. | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND DISCOVERY FOR ADDITIONAL TWO WEEKS

The defendants respectfully request this memorandum in support of their consent motion for an additional two weeks to complete discovery.

### BACKGROUND

This case concerns the Plaintiff's allegations of false arrest by Edwina Williams, a Detective with the Metropolitan Police, for the offense of simple assault. At Plaintiff's first appearance in the Superior Court, following a night in lock-up, charges were initially filed against him, but then the office of the U.S. Attorney entered a *nolle prosequi*, and he was released. Det. Williams subsequently brought a disciplinary complaint against Sgt. Parson for alleged misconduct in connection with his actions with respect to the arrest and prosecution of the Plaintiff, Mr. Frazier. Plaintiff requested production all files concerning that complaint and its handling, which defendants produced in late December, 2007.

After this Court granted, on February 19, 2008, the parties' joint motion to extend deadlines, the parties agreed upon a deposition schedule. Specifically, the parties scheduled, for the last week of February, 2008, the depositions of the following individuals: (1) plaintiff; (2)

Detective Edwina Williams; (3) Rule 30(b)(6) representative Lieutenant J. Douglas, Jr.; and (4) Sergeant Brett Parsons.

On Saturday, February 23, 2008, plaintiff's counsel notified the undersigned that plaintiff would be unavailable to attend his deposition, scheduled for Monday, February 25, 2008, due to a family emergency (plaintiff's mother's hospitalization). Thereafter, the undersigned requested that the deposition of 30(b)(6) representative Lieutenant Douglas be rescheduled to the afternoon of the same day for which it had been scheduled, but at the request of plaintiff's counsel, this deposition was postponed in an effort to consolidate plaintiff's trips from Maryland to D.C.. Ultimately, no depositions occurred, and the undersigned has only recently heard from plaintiff's counsel, despite leaving several voicemails and emails in the last few days.

## DISCUSSION

Fed. R. Civ. P. 6(b)(1) provides that the Court may enlarge a time period "for cause shown" if request is made before the expiration of the period originally prescribed or as extended by a previous order, and Rule 6(b)(2) provides that extension may be made after the expiration of the specified time period where the failure to act was the result of excusable neglect. Fed. R. Civ. P. 6(b)(1) & (2); *see also Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990); *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995).

Here, an additional two weeks would allow the parties to complete depositions by mid-February, 2008 without affecting the remainder of the Court's deadlines, below:

| | |
|---|---|
| **Dispositive motions** | **March 31, 2008** |
| **Responses to motions** | **April 30, 2008** |
| **Replies** | **One week after responses filed** |

WHEREFORE, for the foregoing reasons, the defendants respectfully request that this motion be granted.

Dated this 29th day of February, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Richard A. Latterell
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
Email: richard.latterell@dc.gov

Attorneys for the Defendants