UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| | : |
| Plaintiff, | : Civil Action No.: 06-615 (GK) |
| | : Judge Gladys Kessler |
| vii. | : |
| | : |
| **EDWINA WILLIAMS,** *et al.*, | : |
| | : |
| **Defendants.** | : |
| | : |

## ORDER

Upon consideration of the defendants' Motion for Additional Two Weeks to Complete Discovery, the Memorandum in Support thereof, and the facts and law considered, it is hereby

**ORDERED:** that the Motion for Additional Two Weeks to Complete Discovery is **GRANTED,**

and it is,

**FURTHER ORDERED:** that discovery shall be completed by Friday, March 14, 2008.

So ORDERED this _____ day of _____, 2008.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies via electronic service to:

Richard A. Latterell
Assistant Attorney General

William J. Mertens, Esq.
Plaintiff's counsel