**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 29th day of February, 2008, copies of the foregoing Motion for Additional Two Weeks to Complete Discovery, Memorandum in Support, and proposed Order were served, via electronic service, to the following:

>William J. Mertens
>4905 Hampden Lane, Suite 16
>Bethesda, MD 20814

>/s/ Richard A. Latterell
>Richard A. Latterell
>Assistant Attorney General