UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| Plaintiff, : | Civil Action No.: 06-615 (GK) |
| : | Judge Gladys Kessler |
| v. : | |
| : | |
| **EDWINA WILLIAMS**, *et al.*, : | Next Event: 4/1/08 |
| : | Motions Deadline |
| **Defendants.** : | |
| : | |

### CONSENT MOTION TO EXTEND ALL DEADLINES (THIRD REQUEST)

Defendants the District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to extend the discovery period for a final week, until Friday, March 21, 2008, to accommodate plaintiff's unavailability due to a family emergency (plaintiff's mother's hospitalization). The parties also request an extension of the dispositive motions filing deadline and the pretrial conference date.

### FED. R. CIV. P. 7(m) STATEMENT

Between Wednesday-Friday, March 12-14, 2008, the undersigned had several email exchanges with plaintiff's counsel, resulting in plaintiff's consent to the relief sought in the instant motion.

Dated this 14th day of March, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Phillip A. Lattimore, III*
        TONI JACKSON
        Interim Chief, General Litigation Section III

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL [502127]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S074
        Washington, D.C. 20001
        (202) 724-6626
        (202) 727-3625 (fax)
        Email: richard.latterell@dc.gov

        Attorneys for the Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| | : |
| Plaintiff, | : Civil Action No.: 06-615 (GK) |
| | : Judge Gladys Kessler |
| vi. | : |
| | : |
| **EDWINA WILLIAMS,** *et al.*, | : Next Event: 4/1/08 |
| | :            Motions Deadline |
| **Defendants.** | : |
| | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND DEADLINES (THIRD REQUEST)

The defendants respectfully submit this memorandum in support of their consent motion for a final additional week to complete discovery, as well as extensions of the dispositive motions filing deadline and the pretrial conference date.

### BACKGROUND

This case concerns the Plaintiff's allegations of false arrest by Edwina Williams, a Detective with the Metropolitan Police, for the offense of simple assault. At Plaintiff's first appearance in the Superior Court, following a night in lock-up, charges were initially filed against him, but then the office of the U.S. Attorney entered a *nolle prosequi*, and he was released. Det. Williams subsequently brought a disciplinary complaint against Sgt. Parson for alleged misconduct in connection with his actions with respect to the arrest and prosecution of the Plaintiff, Mr. Frazier. Plaintiff requested production all files concerning that complaint and its handling, which defendants produced in late December, 2007.

On February 19, 2008, this Court granted the parties' joint motion to extend deadlines, setting February 29, 2008 for the close of discovery, April 1, 2008 for the dispositive motions

filing deadline; and June 24, 2008 for the pretrial conference.

Pursuant to the Court's February 19, 2008 Scheduling Order, the undersigned scheduled plaintiff's deposition for the last week of February, 2008. However, on Saturday, February 23, 2008, plaintiff's counsel notified the undersigned that plaintiff would be unavailable to attend his deposition, scheduled for Monday, February 25, 2008, due to a family emergency (plaintiff's mother's hospitalization).

To accommodate plaintiff's family emergency, the parties moved for an additional two weeks to complete discovery, which this Court granted via its March 3, 2008 Minute Order. In that time, the parties completed the following depositions: (1) defendant Detective Edwina Williams; (2) Lieutenant Lewis Douglas, the District's designated 30(b)(6) representative on the topic of the PD 99 investigation of Detective Willaims; and (3) Sgt. Bret Parson.

Unfortunately, based upon an email sent March 13, 2008, plaintiff's counsel has now informed the undersigned that plaintiff will not be available until Thursday, March 20, 2008 for his deposition. Therefore, the parties request that this Court extend discovery for a final week. Since plaintiff's counsel does not wish to take the deposition of Sgt. James Manning (the District's 30(b)(6) designee on the topic of the MPD's internal (OPR) investigation of Sgt. Parson concerning his involvement in Detective Williams' investigation), all parties will have completed their discovery in this matter after the undersigned takes his deposition of plaintiff on March 20, 2008.

In addition to extending discovery for a final additional week, until Friday March 21, 2008, the parties also would like the opportunity to submit dispositive motions. Therefore, the parties also request this Court extend the dispositive motions filing deadline until May 1, 2008. Furthermore, since the pretrial conference is currently set for June 24, 2008, the parties would not

oppose rescheduling that conference for a later date, as well.

## DISCUSSION

Fed. R. Civ. P. 6(b)(1) provides that the Court may enlarge a time period "for cause shown" if request is made before the expiration of the period originally prescribed or as extended by a previous order, and Rule 6(b)(2) provides that extension may be made after the expiration of the specified time period where the failure to act was the result of excusable neglect. Fed. R. Civ. P. 6(b)(1) & (2); *see also Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990); *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995).

Here, an additional final week of discovery would allow the parties to complete depositions, and rescheduling the dispositive motions deadline would give the parties time to receive their deposition transcripts for use in their motions. Accordingly, the parties propose the following deadlines:

| | |
|---|---|
| **Dispositive motions** | May 1, 2008 |
| **Responses to motions** | June 1, 2008 |
| **Replies** | June 8, 2008 |
| **Pretrial Conference** | TBD |

WHEREFORE, for the foregoing reasons, the defendants respectfully request that this motion be granted.

Dated this 14th day of March, 2008.

                          Respectfully submitted,

                          PETER J. NICKLES
                          Interim Attorney General for the District of Columbia

                          GEORGE C. VALENTINE
                          Deputy Attorney General, Civil Litigation Division

                          */s/ Phillip A. Lattimore, III*
                          PHILLIP A. LATTIMORE, III [422968]
                          Chief, General Litigation Section III

                          */s/ Richard A. Latterell*
                          RICHARD A. LATTERELL [502127]
                          Assistant Attorney General
                          441 Fourth Street, N.W., Suite 6S074
                          Washington, D.C. 20001
                          (202) 724-6626
                          (202) 727-3625 (fax)
                          Email: richard.latterell@dc.gov

                          Attorneys for the Defendants