UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FRAZIER,<br><br>    Plaintiff,<br><br>vii.<br><br>EDWINA WILLIAMS, *et al.*,<br><br>    Defendants. | :<br>:<br>: Civil Action No.: 06-615 (GK)<br>: Judge Gladys Kessler<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Upon consideration of the defendants' Motion for Extension of Deadlines (Third Request), the Memorandum in Support thereof, and the facts and law considered, it is hereby

**ORDERED:** that the Motion for Extension of Deadlines (Third Request) is **GRANTED,** and it is,

**FURTHER ORDERED:** that discovery shall be completed by Friday, March 21, 2008; dispositive motions shall be filed by May 1, 2008; oppositions shall by filed by June 1, 2008; replies shall be filed by June 8, 2008; and the pretrial conference shall be rescheduled at a later time

So ORDERED this _____ day of _____, 2008.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies via electronic service to:

Richard A. Latterell
Assistant Attorney General

William J. Mertens, Esq.,
Plaintiff's counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of March, 2008, copies of the foregoing Motion for Extension of Deadlines (Third Request), Memorandum in Support, and proposed Order were served, via electronic service, to the following:

> William J. Mertens
> 4905 Hampden Lane, Suite 16
> Bethesda, MD 20814

*/s/ Richard A. Latterell*
Richard A. Latterell
Assistant Attorney General
