# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FRAZIER, | : |
| | : |
| **Plaintiff,** | :  Civil Action No.: 06-615 (GK) |
| | :  Judge Gladys Kessler |
| v. | : |
| | : |
| EDWINA WILLIAMS, *et al.*, | : |
| | : |
| **Defendants.** | : |
| | : |

## CONSENT MOTION TO EXTEND DISCOVERY AN ADDITIONAL THREE WEEKS

Defendants the District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to extend the discovery period for an additional three weeks, until Friday, april 11, 2008, to accommodate yet another instance of plaintiff's unavailability, this time due to flooding.  See Ex.A (email exchange between counsel).

### FED. R. CIV. P. 7(m) STATEMENT

Between Wednesday-Friday, March 19-21, 2008, the undersigned had several email exchanges with plaintiff's counsel, resulting in plaintiff's consent to the relief sought in the instant motion.

Dated this 21st day of March, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

1

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

*/s/ Richard A. Latterell*
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
Email:  richard.latterell@dc.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,                          :
                                         :
            Plaintiff,                   :    Civil Action No.: 06-615 (GK)
                                         :    Judge Gladys Kessler
      vi.                                :
                                         :
EDWINA WILLIAMS, *et al.*,               :
                                         :
            Defendants.                  :
_____          :

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND DISCOVERY AN ADDITIONAL THREE WEEKS

The defendants respectfully submit this memorandum in support of their consent motion for an additional three weeks to complete discovery, as well as extensions of the dispositive motions filing deadline and the pretrial conference date.

## BACKGROUND

On February 19, 2008, this Court granted the parties' joint motion to extend deadlines, setting February 29, 2008 for the close of discovery, April 1, 2008 for the dispositive motions filing deadline; and June 24, 2008 for the pretrial conference.

Pursuant to the Court's February 19, 2008 Scheduling Order, the undersigned scheduled plaintiff's deposition for the last week of February, 2008.  However, on Saturday, February 23, 2008, plaintiff's counsel notified the undersigned that plaintiff would be unavailable to attend his deposition, scheduled for Monday, February 25, 2008, due to a family emergency (plaintiff's mother's hospitalization).

To accommodate plaintiff's family emergency, the parties moved for an additional two

3

weeks to complete discovery, which this Court granted via its March 3, 2008 Minute Order.  In

that time, the parties completed the following depositions: (1) defendant Detective Edwina

Williams; (2) Lieutenant Lewis Douglas, the District's designated 30(b)(6) representative on the

topic of the PD 99 investigation of Detective Willaims; and (3) Sgt. Bret Parson.

 Unfortunately, based upon an email sent March 13, 2008, plaintiff's counsel informed the

undersigned that plaintiff would not be available until Thursday, March 20, 2008 for his

deposition.  Therefore, the parties requested and additional extension from the Court, until Friday

March 21, 2008.  The Court granted this motion, and also extended the dispositive motions filing

deadline until May 1, 2008.  Furthermore, since the pretrial conference is currently set for June

24, 2008, the parties would not oppose rescheduling that conference for a later date, as well.

 On Wednesday, March 19, 2008, plaintiff's counsel informed the undersigned counsel

that plaintiff could not appear for his deposition, scheduled for Thursday, March 20, 2008, due to

alleged flooding.  *See* Ex. A (email exchange).  Therefore, the parties request an additional 3

week extension of the discovery period.

## DISCUSSION

 Fed. R. Civ. P. 6(b)(1) provides that the Court may enlarge a time period "for cause

shown" if request is made before the expiration of the period originally prescribed or as extended

by a previous order, and Rule 6(b)(2) provides that extension may be made after the expiration of

the specified time period where the failure to act was the result of excusable neglect.  Fed. R.

Civ. P. 6(b)(1) & (2); *see also Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990); *Hetzel v.*

*Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995).

4

Here, an additional three weeks of discovery will allow the undersigned counsel to complete discovery and take plaintiff's deposition.

WHEREFORE, for the foregoing reasons, the defendants respectfully request that this motion be granted.

Dated this 21st day of March, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

*/s/ Richard A. Latterell*
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
Email:  richard.latterell@dc.gov

Attorneys for the Defendants

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of March, 2008, copies of the foregoing

Motion for Three-Week Extension of Discovery , Memorandum in Support, and proposed Order

were served, via electronic service, to the following:

William J. Mertens
4905 Hampden Lane, Suite 16
Bethesda, MD 20814

_/s/ Richard A. Latterell_
Richard A. Latterell
Assistant Attorney General

7