**Latterell, Richard (OAG)**

**From:** wjmertens@aol.com
**Sent:** Thursday, March 20, 2008 4:21 PM
**To:** Latterell, Richard (OAG)
**Subject:** RE: Frazier v. Williams

I think we will need three weeks. I am in communication with Mr. Frazier to get another firm date and hope to have one by this evening. I surely hope that it will be within the next three weeks, but let me get back to you after I've spoken with him tonight; I don't want to ask for three weeks from Judge Kessler then, the next day, ask for four. I realize, of course, that we've been extending this thing by increments for a while now, but I hope to make this extension the last.

Have a good weekend.

   Bill

The preceding e-mail message contains information that is confidential, may be protected by the attorney/client or other applicable privileges, and may constitute nonpublic information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at (301) 913-0012. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

William J. Mertens
7910 Woodmont Ave., Suite 1430
Bethesda, MD 20814
Phone: (301) 913-0012
Fax: (240) 465-0463
E-mail: wjmertens@aol.com

-----Original Message-----
From: Latterell, Richard (OAG) <Richard.Latterell@dc.gov>
To: WJMertens@aol.com
Sent: Wed, 19 Mar 2008 4:40 pm
Subject: RE: Frazier v. Williams

Bill,

Unfortunately I am out of town this weekend for the Easter holiday. Will you consent to a final 3 week extension of discovery? That should give your client plenty of time to clear his schedule for a deposition.

Best,
Rick



Richard A. Latterell | Office of the Attorney General | 441 Fourth Street N.W., Ste. 6S074, Washington, D.C. 20001 | Direct: 202-724-6626 | Fax: 202-715-7820 | Main: 202-442-9700 | richard.latterell@dc.gov | www.dc.gov

size=2 width="100%" align=center tabindex=-1>
**From:** WJMertens@aol.com [mailto:WJMertens@aol.com]
**Sent:** Wednesday, March 19, 2008 4:21 PM
**To:** Latterell, Richard (OAG)
**Subject:** Re: Frazier v. Williams

Mr. Frazier just has told me that he cannot be sure to arrive earlier than 8 PM tomorrow. Might Saturday be a better choice?

Bill Mertens

The preceding e-mail message contains information that is confidential, may be protected by the attorney/client or other applicable privileges, and may constitute nonpublic information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at (301) 913-0012. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

William J. Mertens
7910 Woodmont Ave., Suite 1430
Bethesda, MD 20814
Phone: (301) 913-0012
Fax: (240) 465-0463
E-mail: wjmertens@aol.com

In a message dated 3/19/2008 1:23:21 P.M. Eastern Daylight Time, Richard.Latterell@dc.gov writes:

> Bill,
>
> I can take the deposition tomorrow evening, if you prefer. I've also attached a notice of deposition for your expert, Mr. Wendell M. France, scheduled for tomorrow morning in my office. I left a voicemail with Mr. France, as well. Please call me to discuss.
>
> Thanks,
> Rick
>
> ---
>
> **Richard A. Latterell** | Office of the Attorney General | 441 Fourth Street N.W., Ste. 6S074, Washington, D.C. 20001 | Direct: 202-724-6626 | Fax: 202-727-3625 | Main: 202-442-9700
> | richard.latterell@dc.gov | www.dc.gov
>    <HR< U6:POSTALCODE>size=2 width="100%" align=center tabindex=-1>
> **From:** WJMertens@aol.com [mailto:WJMertens@aol.com]
> **Sent:** Wednesday, March 19, 2008 12:59 PM
> **To:** Latterell, Richard (OAG)
> **Subject:** Frazier v. Williams
>
> Rick --
>
> As I said in a voice-mail that I just left you, Mr. Frazier has experienced flooding in his home and tells me that he cannot come down to this area for a deposition tomorrow afternoon. He also will not be able to come down Friday.
>
> I can offer two immediate suggestions:
>
> 1. He is willing to be deposed this Saturday afternoon, March 22, and I also could be present then.
>
> 2. There is a possibility that if we started early tomorrow evening, we could do his deposition through the evening, after regular office hours.

Otherwise, I can't right now confirm a date for him, except that he says he also will be unavailable next week. I am trying to get a firm date(s) the week following.

I realize, of course, that I can't insist on a time outside of regular office hours -- on evenings of weekends -- but am willing to take such a time to get the deposition done.

Please let me know your thoughts.

    Bill

The preceding e-mail message contains information that is confidential, may be protected by the attorney/client or other applicable privileges, and may constitute nonpublic information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at (301) 913-0012. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

William J. Mertens
7910 Woodmont Ave., Suite 1430
Bethesda, MD 20814
Phone: (301) 913-0012
Fax: (240) 465-0463
E-mail: wjmertens@aol.com

---

Create a Home Theater Like the Pros. Watch the video on AOL Home.

---

Create a Home Theater Like the Pros. Watch the video on AOL Home.

---

Planning your summer road trip? Check out AOL Travel Guides.