UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| Plaintiff, : | Civil Action No.: 06-615 (GK) |
| : | Judge Gladys Kessler |
| vii. : | |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

Upon consideration of the defendants' Motion to Extend Discovery an Additional Three Weeks, the Memorandum in Support thereof, and the facts and law considered, it is hereby

**ORDERED:** that the Motion is **GRANTED,** and it is,

**FURTHER ORDERED:** that discovery shall be completed by Friday, April 11, 2008.

**SO ORDERED** this _____ day of _____, 2008.

                                                      The Honorable Gladys Kessler
                                                    United States District Court Judge

Copies via electronic service to:

Richard A. Latterell
Assistant Attorney General

William J. Mertens, Esq.,
Plaintiff's counsel