UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FRAZIER, : | |
| : | |
| Plaintiff, : | Civil Action No.: 06-615 (GK) |
| : | Judge Gladys Kessler |
| v. : | |
| : | |
| EDWINA WILLIAMS, *et al.*, : | Next Event: 4/11/08 |
| : | Close of Discovery |
| Defendants. : | |
| : | |

## DEFENDANTS' MOTION TO LATE DISCLOSE THEIR RULE 26(a)(2) REPORT TO PLAINTIFF AND EXTEND DISCOVERY FOR THIRTY (30) DAYS

Defendants the District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 6(b) & 26(a)(2), hereby move the Court for leave to disclose their expert report to plaintiff and to extend discovery for an additional thirty (30) days for the purpose of conducting expert depositions. More detailed grounds for this motion are set forth in the attached memorandum of points and authorities in support thereto.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    */s/ Toni Michelle Jackson/pj*
    TONI MICHELLE JACKSON [453765]
    Interim Chief, General Litigation Section III

/s/ Richard A. Latterell
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
Email:  richard.latterell@dc.gov

Attorneys for the Defendants


**FED. R. CIV. P. 7(m) STATEMENT**

On Friday, April 11, 2008, the undersigned attempted to contact plaintiff's counsel by telephone and email, without success.  Therefore, this motion should be treated as contested.


/s/ Richard A. Latterell
RICHARD A. LATTERELL [502127]

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FRAZIER, : | |
| : | |
| **Plaintiff,** : | Civil Action No.: 06-615 (GK) |
| : | Judge Gladys Kessler |
| vi. : | |
| : | |
| EDWINA WILLIAMS, *et al.*, : | Next Event: 4/11/08 |
| : |         Close of Discovery |
| **Defendants.** : | |
| : | |

### MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO LATE DISCLOSE THEIR RULE 26(a)(2) REPORT TO PLAINTIFF AND EXTEND DISCOVERY FOR THIRTY (30) DAYS

The defendants respectfully submit this memorandum in support of their motion to late disclose their Rule 26(a)(2) expert report to plaintiff and extend discovery for thirty (30) days for the purpose of conducting expert depositions.

### BACKGROUND

This case concerns the Plaintiff's allegations of false arrest by Edwina Williams, a Detective with the Metropolitan Police, for the offense of simple assault. Plaintiff was arrested on April 3, 2003, and spent one night in lock-up. The U.S. Attorney entered a *nolle prosequi*, and plaintiff was released. Plaintiff seeks compensatory damages against the herein named defendants for injuries he allegedly sustained as a result of the incident that is the subject of his lawsuit.

Pursuant to the Court's January 30, 2007 Order, the original deadlines for the parties to disclose their Rule 26(a)(2) experts designations and reports was June 1, 2007, for the plaintiff and July 1, 2007, for the defendants. By Order dated July 2, 2007, this Court extended the

3

expert report disclosure deadlines to July 11, 2007, for the plaintiff and August 11, 2007 for the defendants. The Court's January 30, 2007 Order also set October 1, 2007, as the close of discovery. However, the parties were not able to complete discovery by that date, and by Minute Order dated March 24, 2008, this Court extended discovery until April 11, 2008. The defendants now move for leave to disclose their expert statements and to extend discovery for an additional thirty (30) days.

## **DISCUSSION**

Fed. R. Civ. P. 6(b)(1) provides that the Court may enlarge a time period "for cause shown" if request is made before the expiration of the period originally prescribed or as extended by a previous order, and Rule 6(b)(2) provides that extension may be made after the expiration of the specified time period where the failure to act was the result of excusable neglect. Fed. R. Civ. P. 6(b)(1) & (2); *see also Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990); *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995).

Pursuant to the Court's July 2, 2007 Order, the defendants contacted Mr. Patrick Gallagher to serve as their expert in this case and to produce a written expert report. Undersigned counsel was unable to furnish Mr. Gallagher with the information he needed to complete his report until after the parties completed depositions in March 2008. Specifically, the parties completed the depositions of the following individuals: (1) defendant Detective Edwina Williams on March 4, 2008; (2) Lieutenant Lewis Douglas, the District's designated 30(b)(6) representative on the topic of the PD 99 investigation of Detective Williams, on March 5, 2008; (3) Sgt. Bret Parson on March 7, 2008; and (4) plaintiff's deposition on April 10, 2008.

Undersigned counsel received Mr. Gallagher's report on April 10, 2008. A copy of the

report was emailed and sent via regular mail to plaintiff on April 11, 2008, contemporaneously with the filing of this motion. Accordingly, the defendants move this Court to late disclose this report to the plaintiff, as well as to extend the discovery period for thirty (30) additional days to allow the parties to conduct expert depositions, if desired.

WHEREFORE, for the foregoing reasons, the defendants respectfully request that this motion be granted.

Dated this 11th day of April, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Toni Michelle Jackson/pj*
        TONI MICHELLE JACKSON [453765]
        Interim Chief, General Litigation Section III

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL [502127]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S074
        Washington, D.C. 20001
        (202) 724-6626; (202) 727-6295
        (202) 727-3625 (fax)
        Email: richard.latterell@dc.gov

        Attorneys for the Defendants