## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT FRAZIER,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Civil Action No.: 06-615 (GK)** |
| | **:** | **Judge Gladys Kessler** |
| **v.** | **:** | |
| | **:** | |
| **EDWINA WILLIAMS,** *et al.***,** | **:** | **Next Event:** 4/11/08 |
| | **:** | Close of Discovery |
| **Defendants.** | **:** | |
| | **:** | |

### ORDER

Upon consideration of the Defendants District of Columbia and Detective Edwina

Williams' Motion for Leave to Late Disclose Their Rule 26(a)(2) Report to Plaintiff and Extend

Discovery for Thirty (30) Days, the Memorandum in Support thereof, and the facts and law

considered, it is hereby

**ORDERED:**  that the Defendants' Motion for Leave to Late Disclose Their Rule

26(a)(2) Expert Report to Plaintiff and Extend Discovery for Thirty (30) Days is **GRANTED,**

and it is,

**FURTHER ORDERED:** that discovery shall close on May 12, 2008.

**So ORDERED** this _____ day of _____, 2008.

_____

The Honorable Gladys Kessler
United States District Court Judge