```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| ANN M. MOGENHAN,              ) | |
|        Plaintiff,     ) | |
|   v.                             ) | Civil Action No. 06-2041 (GK) |
| JAMES B. PEAKE,               ) | |
| Secretary of Veterans         ) | |
| Affairs,                      ) | |
|        Defendant.    ) | |

## ORDER

Upon consideration of the representations of the parties at the status conference held on April 17, 2008 and the entire record herein, it is hereby

**ORDERED** that counsel for the Defendant shall respond to the Plaintiff's proposed dates for her deposition by **Monday, April 21, 2008**; it is further

**ORDERED** that the May 8, 2008 dispositive motions due date is hereby **cancelled**; it is further

**ORDERED** that the parties shall submit a joint praecipe by **June 16, 2008** concerning the status of the case.

April 17, 2008                        /s/_____
                                      Gladys Kessler
                                      United States District Court

**Copies to: Attorneys of record via ECF**