UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** :<br>: <br>**Plaintiff,** :<br>:<br>v. :<br>:<br>**EDWINA WILLIAMS,** *et al.*, :<br>:<br>**Defendants.** :<br>: | **Civil Action No.: 06-615 (GK)**<br>**Judge Gladys Kessler**<br><br>Next Events: May 1, 2008<br>          Dispositive Motions Due |

### MOTION FOR EXTENSION OF (1) DISCOVERY FOR ADDITIONAL WEEK, (2) DISPOSITIVE MOTIONS DEADLINE FOR 30 DAYS THEREAFTER, AND (3) PRETRIAL CONFERENCE AFTER COURT HAS RULED ON MOTIONS

Defendants the District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to extend the discovery period for an additional week, until May 16, 2008, and to further extend the dispositive motions filing deadline for 30 days thereafter, until June 16, 2008.  In addition, the Defendants request that the pretrial conference, currently scheduled for August 26, 2008, be rescheduled for a date to be determined after the Court has ruled on any pending dispositive motions.

### FED. R. CIV. P. 7(m) STATEMENT

On April 29-30, 2008, the undersigned exchanged emails and spoke with plaintiff's counsel.  In the most recent telephone conversation, plaintiff's counsel expressed his consent to the relief sought in this motion, but wanted to view a draft before it was filed.  However, the undersigned has not heard back from plaintiff's counsel, even though it is the eve of the existing

1

motions deadline.  Therefore, this motion should be treated as contested.

Dated this 1st day of May, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Toni Michelle Jackson*
        TONI MICHELLE JACKSON [453765]
        Interim Chief, General Litigation Section III

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL [502127]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S074
        Washington, D.C. 20001
        (202) 724-6626
        (202) 727-3625 (fax)
        Email:  richard.latterell@dc.gov

        Attorneys for the Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT FRAZIER,** | : | |
| | : | |
| **Plaintiff,** | : | Civil Action No.: 06-615 (GK) |
| | : | Judge Gladys Kessler |
| vi. | : | |
| | : | |
| **EDWINA WILLIAMS,** *et al.*, | : | Next Event: May 1, 2008 |
| | : | Dispositive Motions Due |
| **Defendants.** | : | |
| | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXTENSION OF (1) DISCOVERY FOR ADDITIONAL WEEK, (2) DISPOSITIVE MOTIONS DEADLINE FOR 30 DAYS THEREAFTER, AND (3) PRETRIAL CONFERENCE AFTER COURT HAS RULED ON DISPOSITIVE MOTIONS**

The defendants respectfully submit this memorandum in support of their motion to extend the discovery period for an additional week, until May 16, 2008; to further extend the dispositive motions filing deadline for 30 days thereafter, until June 16, 2008; and to schedule the pretrial conference at a date to be determined after the Court has ruled on any pending dispositive motions.

**PROCEDURAL BACKGROUND**

On February 19, 2008, this Court granted the parties' joint motion to extend deadlines, setting February 29, 2008 for the close of discovery, April 1, 2008 for the dispositive motions filing deadline; and June 24, 2008 for the pretrial conference.

On March 3, 2008, the Court granted the defendants' consent motion to extend discovery until March 14, 2008. Defendants requested this extension to accommodate plaintiff's family

3

emergency. In that time, the parties completed the depositions of defendant Detective Edwina Williams, 30(b)(6) representative Lieutenant Lewis Douglas, and witness Sgt. Bret Parson.

By minute Order dated March 17, 2008, the Court granted the defendants' consent motion to extend discovery until Friday, March 21, 2008; the dispositive motions filing deadline until May 1, 2008; and the pretrial conference for August 26, 2008. The defendants requested this extension to accommodate plaintiff's unavailability for his scheduled deposition.

By minute Order dated March 24, 2008, the Court granted the defendants' consent motion to extend discovery until April 11, 2008. The defendants requested this extension to accommodate plaintiff's unavailability for his scheduled deposition due to alleged flooding.

By minute Order dated April 14, 2008, this Court granted the defendants' motion for leave to disclose their expert statements and to extend discovery for an additional thirty (30) days, until May 12, 2008. Plaintiff has noticed the deposition of the defendants' expert, G. Patrick Gallagher, for May 8, 2008. However, plaintiff's expert is unavailable for a deposition until Thursday, May 15, 2008. Accordingly, the defendants request a one-week extension of discovery, until May 16, 2008; a corresponding 30-day extension of the dispositive motions deadline, until June 16, 2008; and that the pretrial conference be scheduled at a date to be determined after the Court has ruled on any pending dispositive motions.

## **DISCUSSION**

Fed. R. Civ. P. 6(b)(1) provides that the Court may enlarge a time period "for cause shown" if request is made before the expiration of the period originally prescribed or as extended by a previous order, and Rule 6(b)(2) provides that extension may be made after the expiration of the specified time period where the failure to act was the result of excusable neglect. Fed. R.

Civ. P. 6(b)(1) & (2); *see also Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990); *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995).

 Here, the discovery period is set to close on May 12, 2008, and plaintiff's counsel has noted the deposition of the defendants' expert. G. Patrick Gallagher, for May 8, 2008.  However, plaintiff's expert is not available for a deposition until May 15, 2008.  Consequently, a one-week extension of the current discovery deadline is required, until May 16, 2008.  In addition, the defendants request a corresponding 30-day extension of the dispositive motions filing deadline, until June 16, 2008, and that the pretrial conference be scheduled at a date to be determined after the Court has ruled on any pending dispositive motions.

 WHEREFORE, for the foregoing reasons, the defendants respectfully request that this motion be granted.

 Dated this 1st day of May, 2008.

             Respectfully submitted,

             PETER J. NICKLES
             Interim Attorney General for the District of Columbia

             GEORGE C. VALENTINE
             Deputy Attorney General, Civil Litigation Division

             */s/ Toni Michelle Jackson*
             TONI MICHELLE JACKSON [453765]
             Interim Chief, General Litigation Section III

             */s/ Richard A. Latterell*
             RICHARD A. LATTERELL [502127]
             Assistant Attorney General
             441 Fourth Street, N.W., Suite 6S074
             Washington, D.C. 20001
             (202) 724-6626
             (202) 727-3625 (fax)

Email: richard.latterell@dc.gov

Attorneys for the Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 1st day of May, 2008, copies of the foregoing Motion for Extension of (1) Discovery for an Additional Week, (2) Dispositive Motions Deadline for 30 Days Thereafter, and (3) Pretrial Conference After Court Has Ruled on Motions, the Memorandum in Support, and proposed Order were served, via electronic service, to the following:

>William J. Mertens
>4905 Hampden Lane, Suite 16
>Bethesda, MD 20814

> */s/ Richard A. Latterell*
> Richard A. Latterell
> Assistant Attorney General