UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| **Plaintiff,** | : Civil Action No.: 06-615 (GK) |
| | : **Judge Gladys Kessler** |
| v. | : |
| **EDWINA WILLIAMS,** *et al.*, | : |
| **Defendants.** | : |

## ORDER

Upon consideration of the defendants' Partial Consent Motion to Extend Discovery for an Additional Week and Dispositive Motions Deadline for 30 Days Thereafter, the Memorandum in Support, and the facts and law considered, it is hereby

**ORDERED:** that the Motion is **GRANTED,** and it is,

**FURTHER ORDERED:** that discovery will close on May 16, 2008; that dispositive motions shall be filed by June 16, 2008; and that the pretrial conference will be scheduled at a later date.

**SO ORDERED** this _____ day of _____, 2008.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies via electronic service to:

Richard A. Latterell
Assistant Attorney General

William J. Mertens, Esq.,
Plaintiff's counsel

1