UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT FRAZIER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-615 (GK) |
| | : | |
| **EDWINA WILLIAMS,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the Defendants' Partial Consent Motion to Extend Discovery for an Additional Week, until May 16, 2008, and Dispositive Motions Deadline for 30 Day Thereafter, until June 16, 2008, the Memorandum in Support, and the facts and law considered, it is hereby

**ORDERED**, that the Motion is **granted**; and it is further

**ORDERED**, that discovery will close on **May 16, 2008**; that dispositive motions shall be filed by **June 16, 2008**; and that the pretrial conference **remains scheduled for August 26, 2008**.

May 5, 2008                             /s/
                                        Gladys Kessler
                                        United States District Judge

**Copies via ECF to all counsel of record**