**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROBERT FRAZIER,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Civil Action No.: 06-615 (GK)** |
| | **:** | **Judge Gladys Kessler** |
| **v.** | **:** | |
| | **:** | |
| **EDWINA WILLIAMS,** *et al.*, | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

**ORDER**

Upon consideration of the defendants' Motion for Protective Order Regarding Noticed

Deposition of Defendant's Expert, the Memorandum in Support, and the facts and law

considered, it is hereby

**ORDERED:**  that the Motion is **GRANTED,** and it is,

**FURTHER ORDERED:**  that plaintiff shall not depose the defendants' expert until

plaintiff has prepaid the expert's rates according to the expert's fee schedule.

**SO ORDERED** this _____ day of _____, 2008.


_____
The Honorable Gladys Kessler
United States District Court Judge

Copies via electronic service to:

Richard A. Latterell
Assistant Attorney General

William J. Mertens, Esq.,
Plaintiff's counsel

1