UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 06-615 (GK) |
| **EDWINA WILLIAMS,** *et al.,* | : |
| **Defendants.** | : |

## ORDER

Upon consideration of the Defendants' Motion for Protective Order Regarding Noticed Deposition of Defendant's Expert, the Memorandum in Support, and the facts and the law considered, it is hereby

**ORDERED**, that the Motion is **granted** until the parties can resolve this issue in a professional and reasonable manner.

May 8, 2008

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**