UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ROBERT FRAZIER,                )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-615 (GK)
                               )
EDWINA WILLIAMS, et al.,       )
                               )
        Defendants.            )
_____)
```

### ORDER

This matter is before the Court on Plaintiff's Corrected Motion for Summary Judgment [**Dkt. No. 20**], filed on September 28, 2007. In his Motion, Plaintiff argues that Defendants' failure to respond to requests for admission pursuant to Fed. R. Civ. P. 36(a) entitles Plaintiff to summary judgment.

On October 23, 2007, Defendants filed a Motion for Leave to serve late responses to Plaintiff's requests for admission. Defendants included their proposed responses in their Motion. On December 20, 2007, the Court granted Defendants' Motion. See Dkt. No. 35.

Therefore, in light of the Court's December 20, 2007 Order, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment [**Dkt. No. 20**] is **denied.**

May 13, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**