UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FRAZIER, | : |
| | : |
| Plaintiff, | : Civil Action No.: 06-615 (GK) |
| | : Judge Gladys Kessler |
| v. | : |
| | : Next Events:  May 1, 2008 |
| EDWINA WILLIAMS, *et al.*, | :                 Dispositive Motions Due |
| | : |
| Defendants. | : |
| | : |

## MOTION FOR EXTENSION OF DISCOVERY FOR ADDITIONAL TWO WEEKS FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITION OF PLAINTIFF'S EXPERT

Defendants the District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to extend the discovery period for an additional two week, until May 30, 2008, for the limited purpose of allowing the defendants to take the deposition of plaintiff's expert.  Defendants had previously noticed this deposition for Thursday, May 15, 2008, but they were informed of plaintiff's unavailability the day before.

## FED. R. CIV. P. 7(m) STATEMENT

On May 15-16, 2008, the undersigned left email and voicemail messages with plaintiff's counsel regarding this motion, but has not received any response.  Therefore, this motion should be treated as contested.

Dated this 16th day of May, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

1

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

*/s/ Richard A. Latterell*
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
Email:  richard.latterell@dc.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** :  :  **Plaintiff,** :  : vi. :  : **EDWINA WILLIAMS,** *et al.*, :  : **Defendants.** :  : | Civil Action No.: 06-615 (GK) Judge Gladys Kessler  Next Event: May 1, 2008             Dispositive Motions Due |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR EXTENSION OF DISCOVERY FOR ADDITIONAL TWO-WEEKS FOR
THE LIMITED PURPOSE OF TAKING THE DEPOSITION OF PLAINTIFF'S EXPERT**

The defendants respectfully submit this memorandum in support of their motion to extend the discovery period for an additional two weeks, until May 30, 2008, for the limited purpose of scheduling the deposition of plaintiff's expert.

**PROCEDURAL BACKGROUND**

On February 19, 2008, this Court granted the parties' joint motion to extend deadlines, setting February 29, 2008 for the close of discovery, April 1, 2008 for the dispositive motions filing deadline; and June 24, 2008 for the pretrial conference.

On March 3, 2008, the Court granted the defendants' consent motion to extend discovery until March 14, 2008. Defendants requested this extension to accommodate plaintiff's family emergency. In that time, the parties completed the depositions of defendant Detective Edwina Williams, 30(b)(6) representative Lieutenant Lewis Douglas, and witness Sgt. Bret Parson.

By minute Order dated March 17, 2008, the Court granted the defendants' consent

3

motion to extend discovery until Friday, March 21, 2008; the dispositive motions filing deadline until May 1, 2008; and the pretrial conference for August 26, 2008. The defendants requested this extension to accommodate plaintiff's unavailability for his scheduled deposition.

By minute Order dated March 24, 2008, the Court granted the defendants' consent motion to extend discovery until April 11, 2008. The defendants requested this extension to accommodate plaintiff's unavailability for his scheduled deposition due to alleged flooding.

By minute Order dated April 14, 2008, this Court granted the defendants' motion for leave to disclose their expert statements and to extend discovery for an additional thirty (30) days, until May 12, 2008.

By Order dated May 5, 2008, this Court granted the defendants' motion for a one-week extension of the discovery period, until May 16, 2008, to accommodate the scheduling of expert depositions. Since plaintiff's counsel had informed the undersigned that plaintiff's expert was only available on May 15, 2008, the undersigned noticed a deposition for that date. However, on May 14, 2008, plaintiff's counsel left a voicemail, informing the undersigned that plaintiff was no longer available on May 15th. *See* Ex. A (email). Accordingly, the defendants request a two-week extension of discovery, until May 30, 2008, to accommodate the scheduling of a deposition of plaintiff's expert.

## DISCUSSION

Fed. R. Civ. P. 6(b)(1) provides that the Court may enlarge a time period "for cause shown" if request is made before the expiration of the period originally prescribed or as extended by a previous order, and Rule 6(b)(2) provides that extension may be made after the expiration of the specified time period where the failure to act was the result of excusable neglect. Fed. R.

4

Civ. P. 6(b)(1) & (2); *see also Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990); *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995).

Here, the discovery period is set to close on May 16, 2008, and plaintiff's counsel has not provided the undersigned with any alternative dates for the deposition of plaintiff's expert. Therefore, an additional two-week extension will allow the defendants to accommodate the schedule of plaintiff's expert for the purposes of taking the expert's deposition. This extension will not interfere with the existing dispositive motion deadline of June 16, 2008, or the pretrial scheduled for August 26, 2008.

WHEREFORE, for the foregoing reasons, the defendants respectfully request that this motion be granted.

Dated this 16th day of May, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

*/s/ Richard A. Latterell*
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
Email: richard.latterell@dc.gov

Attorneys for the Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 16th day of May, 2008, copies of the foregoing Motion for Extension of Discovery for an Additional Two Weeks for the Limited Purpose of Taking the Deposition of Plaintiff's Expert, the Memorandum in Support, and a proposed Order were served, via electronic service, to the following:

> William J. Mertens
> 4905 Hampden Lane, Suite 16
> Bethesda, MD 20814

> */s/ Richard A. Latterell*
> Richard A. Latterell
> Assistant Attorney General