

## Latterell, Richard (OAG)

**From:**    Latterell, Richard (OAG)
**Sent:**    Wednesday, May 14, 2008 10:15 AM
**To:**      'WJMertens@aol.com'
**Subject:** Expert deposition scheduling - noticed for Thursday, May 15, 2008

Bill,

    I received your voicemail that you have developed a conflict on Thursday, May 15, 2008, the date I noticed to take the deposition of your expert.  I have a deposition today from 2-4 p.m. but am otherwise free all date to discuss this matter.

Thanks,
Rick

---

**Richard A. Latterell** | Office of the Attorney General | 441 Fourth Street N.W., Ste. 6S074, Washington, D.C. 20001 | Direct: 202-724-6626 | Fax: 202-715-7820 | Main: 202-442-9700 | richard.latterell@dc.gov | www.dc.gov



DEFENDANT'S
EXHIBIT
A