UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| **Plaintiff,** | : Civil Action No.: 06-615 (GK) |
| | : Judge Gladys Kessler |
| v. | : |
| **EDWINA WILLIAMS,** *et al.*, | : |
| **Defendants.** | : |

## ORDER

Upon consideration of the defendants' Motion to Extend Discovery for an Additional Two Weeks for the Limited Purpose of Taking the Deposition of Plaintiff's Expert, the Memorandum in Support, and the facts and law considered, it is hereby

**ORDERED:** that the Motion is **GRANTED,** and it is,

**FURTHER ORDERED:** that discovery will close on May 30, 2008.

**SO ORDERED** this _____ day of _____, 2008.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies via electronic service to:

Richard A. Latterell
Assistant Attorney General

William J. Mertens, Esq.,
Plaintiff's counsel