IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT FRAZIER.,**
  *Plaintiff*,

v.                                            No. 1:06CV00615
                                              Judge Kessler

**EDWINA WILLIAMS, et al.,**
  *Defendants*.                               Next date: Close of discovery, May 30, 2008

## MOTION OF PLAINTIFF FOR PROTECTIVE ORDER AND TO EXTEND DISCOVERY

Through counsel, Plaintiff hereby moves (1) for a protective order preventing the deposition of Plaintiff's expert, Wendell M. France, at 2 PM on the afternoon of Tuesday, May 27, 2008; and (2) for an order extending discovery by one week, or until June 6, 2008, so that this deposition may take place during the week of June 2.

Plaintiff regrets that it is necessary to involve the Court in a trivial scheduling matter that counsel should have been able to resolve between themselves, but resolution, unfortunately, has proved impossible. Plaintiff hereby certifies that he requested consent from Defendants for this request and that it was refused.

The grounds for this motion are stated more fully in the accompanying memorandum. A proposed order also is attached.

Dated: May 26, 2008                                       Respectfully submitted,

                                                                                       /S/
                                           William J. Mertens
                                           7910 Woodmont Ave., Suite 1430
                                           Bethesda, MD 20814
                                           (301) 913-0012
                                           Fax:  (240) 465-0463
                                           E-mail: wjmertens@mertenslaw.com
                                           D.C. Bar No 911289


**CERTIFICATE OF SERVICE**

    I, William J. Mertens, hereby certify that, this 26th day of May, 2008, I caused the foregoing motion and accompanying papers to be served upon counsel for Defendants through the Court's electronic notification system by filing the same through that system.

                                                                                      /S/
                                           William J. Mertens