Issued by the
# UNITED STATES DISTRICT COURT

For the DISTRICT OF the District of Columbia

Robert Frazier

## SUBPOENA IN A CIVIL CASE

v.

CASE NUMBER 1:06-cv-00615-GK

Edwina Williams, et al.

TO: Wendell M. France
1855 Carnoustie Court
Finksburg, MD 21048-1558
(410) 833-0836
(410) 833-2639 HM #

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Office of the Attorney General for the District of Columbia, 441 Fourth Street N.W., Sixth Floor South, Washington, D.C. 20001, telephone (202) 724-6626. | May 27, 2008 at 2 p.m. (EST) |

☑ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| See documents identified in Attached Notice of Deposition Duces Tecum. | May 27, 2008 at 2 p.m. (EST) |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE AND TIME |
| --- | --- |
| [signature], Attorney for Defendants | 5/16/08 |

Richard A. Latterell, Office of the Attorney General for the District of Columbia, 441 Fourth Street N.W., Sixth Floor South, Washington, D.C. 20001.    Telephone: (202) 724-6626
ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C&D on Reverse)
If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | May 20 2008 @ 8:00pm | 1855 Carnoustie Ct, Finksburg, MD 21048 |
| SERVED ON (PRINT NAME) | Wendell M. France | MANNER OF SERVICE: Posted |
| SERVED BY (PRINT NAME) | Andrew Kelly | TITLE: Investigator |

### DECLARATION OF SERVICE

I declare under penalty of perjury under the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  May 20, 2008
                    DATE

SIGNATURE OF SERVER: Andrew Kelly

ADDRESS OF SERVICE: 441 4th St. N.W., Washington, DC 20001.

Rule 45, Federal Rules of Civil Procedure, Parts C&D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or attorney responsible for the Issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
 (i) falls to allow reasonable time for compliance;
 (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(b)(iii) of this rules, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
 (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
 (iv) subjects a person to undue burden.
 (B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 06-615 (GK) |
| **EDWINA WILLIAMS,** *et al.*, | : |
| Defendants. | : |

## AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF'S EXPERT, MR. WENDELL M. FRANCE

TO:   All parties.

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 26 and 30, the defendants will take the deposition of plaintiff's expert, Mr. Wendell M. France, on Tuesday, May 27, 2008, beginning at 2 p.m. (EST) at the Office of the Attorney General for the District of Columbia, 441 Fourth Street N.W., Sixth Floor South, Washington, D.C. 20001, telephone (202) 724-6626. The deposition will take place before a Notary Public or some other individual authorized to administer an oath by the laws of the United States, and will be for the purpose of discovery or evidence at trial, or both. The deposition will be recorded by stenographic and audio methods and will continue from day-to-day until completed.

Dated this 16th day of May, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON
Interim Chief, General Litigation Section III

/s/ Richard A. Latterell
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
Email: richard.latterell@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 16th day of May, 2008, a copy of the foregoing Defendants' Amended Notice of Taking Deposition of Plaintiff's Expert, Mr. Wendell M. France, was served, via email and facsimile, to the following:

William J. Mertens
4905 Hampden Lane, Suite 16
Bethesda, MD 20814

/s/ Richard A. Latterell
Richard A. Latterell
Assistant Attorney General