IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT FRAZIER.,**
   *Plaintiff*,

         v.                   No. 1:06CV00615
                                   Judge Kessler

**EDWINA WILLIAMS, et al.,**
   *Defendants*.

## ORDER

Upon consideration of Plaintiff's motion for a protective order and to extend discovery, and the response if any of Defendants, it is hereby ORDERED:

1. A protective order is hereby granted against the deposition of Wendell M. France on Tuesday, May 27, 2008, at 2 PM; and

2. Discovery is hereby extended through June 6, 2008.

SO ORDERED.

Date: _____

                                                    Gladys Kessler
                                                    U.S. District Judge