UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FRAZIER, : | |
| : | |
| Plaintiff, : | Civil Action No.: 06-615 (GK) |
| : | Judge Gladys Kessler |
| v. : | |
| : | Next Events:  May 30, 2008 |
| EDWINA WILLIAMS, *et al.*, : | Close of Discovery |
| : | |
| Defendants. : | |
| : | |

## CONSENT MOTION TO (1) DENY PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AS MOOT, AND (2) FOR TWO-WEEK EXTENSION OF DISCOVERY FOR LIMITED PURPOSE OF TAKING EXPERT DEPOSITIONS

Plaintiff Robert Frazier and defendants the District of Columbia and Detective Edwina Williams, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to (1) deny plaintiff's motion for a protective order as moot; and (2) to extend the discovery period for an additional two weeks, until June 13, 2008, for the limited purpose of allowing the parties to conduct expert depositions.

## FED. R. CIV. P. 7(m) STATEMENT

On May 29, 2008, undersigned counsel had a telephone conversation with plaintiff's counsel.  Plaintiff consents to the relief sought in this motion.

Dated this 30th day of May, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

*/s/ Richard A. Latterell*
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
Email:  richard.latterell@dc.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FRAZIER, : | |
| : | |
| Plaintiff, : | Civil Action No.: 06-615 (GK) |
| : | Judge Gladys Kessler |
| vi. : | |
| : | |
| EDWINA WILLIAMS, *et al.*, : | Next Event: May 30, 2008 |
| : | Close of Discovery |
| Defendants. : | |
| : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO (1) DENY PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AS MOOT, AND (2) FOR TWO-WEEK EXTENSION OF DISCOVERY FOR LIMITED PURPOSE OF TAKING EXPERT DEPOSITIONS**

The defendants respectfully submit this memorandum in support of their motion to extend the discovery period for an additional two weeks, until June 13, 2008, for the limited purpose of conducting expert depositions.

**PROCEDURAL BACKGROUND**

On February 19, 2008, this Court granted the parties' joint motion to extend deadlines, setting February 29, 2008 for the close of discovery, April 1, 2008 for the dispositive motions filing deadline; and June 24, 2008 for the pretrial conference.

On March 3, 2008, the Court granted the defendants' consent motion to extend discovery until March 14, 2008. Defendants requested this extension to accommodate plaintiff's family emergency. In that time, the parties completed the depositions of defendant Detective Edwina Williams, 30(b)(6) representative Lieutenant Lewis Douglas, and witness Sgt. Bret Parson.

By minute Order dated March 17, 2008, the Court granted the defendants' consent

3

motion to extend discovery until Friday, March 21, 2008; the dispositive motions filing deadline until May 1, 2008; and the pretrial conference for August 26, 2008. The defendants requested this extension to accommodate plaintiff's unavailability for his scheduled deposition.

By minute Order dated March 24, 2008, the Court granted the defendants' consent motion to extend discovery until April 11, 2008. The defendants requested this extension to accommodate plaintiff's unavailability for his scheduled deposition due to alleged flooding.

By minute Order dated April 14, 2008, this Court granted the defendants' motion for leave to disclose their expert statements and to extend discovery for an additional thirty (30) days, until May 12, 2008.

By Order dated May 5, 2008, this Court granted the defendants' motion for a one-week extension of the discovery period, until May 16, 2008, to accommodate the scheduling of expert depositions.

By minute Order dated May 19, 2008, this Court granted the defendants' motion for a protective order regarding the noticed deposition of their expert. On Monday, May 26, 2008, plaintiff filed a motion for a protective order regarding the noticed deposition of his expert. The parties have since reached an agreement regarding fees and dates and, accordingly, a two-week extension of discovery. The parties additionally request that plaintiff's pending motion for a protective order be denied as moot.

## DISCUSSION

Fed. R. Civ. P. 6(b)(1) provides that the Court may enlarge a time period "for cause shown" if the request is made before the expiration of the period originally prescribed or as extended by a previous order, and Rule 6(b)(2) provides that extension may be made after the

4

expiration of the specified time period where the failure to act was the result of excusable neglect. Fed. R. Civ. P. 6(b)(1) & (2); *see also Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990); *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995).

Here, the discovery period is set to close on May 30, 2008, and the parties have only recently reached an agreement regarding fees and dates. Therefore, an additional two-week extension will allow the parties to conduct expert depositions. This extension will not interfere with the existing dispositive motion deadline of June 16, 2008, or the pretrial scheduled for August 26, 2008. The parties additionally request that plaintiff's pending motion for a protective order be denied as moot.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the defendants respectfully request that this motion be granted.

Dated this 30th day of May, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

*/s/ Richard A. Latterell*
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001

5

(202) 724-6626
(202) 727-3625 (fax)
Email: richard.latterell@dc.gov

Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of May, 2008, a copy of the foregoing Consent Motion to (1) Deny Plaintiff's Motion for a Protective Order as Moot; and (2) for a Two-Week Extension of Discovery for the Limited Purpose of Taking Expert Depositions was served, via electronic service, to the following:

> William J. Mertens
> Law Office of William J. Mertens
> 7910 Woodmont Ave., Suite 1430
> Bethesda, MD 20814
> Phone: (301) 913-0012

> /s/ Richard A. Latterell
> Richard A. Latterell
> Assistant Attorney General

6