UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | **Civil Action No.: 06-615 (GK)** |
| : | **Judge Gladys Kessler** |
| v. : | |
| : | |
| **EDWINA WILLIAMS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Upon consideration of the defendants' Consent Motion to (1) Deny Plaintiff's Motion for Protective Order as Moot, and (2) For a Two-Week Extension of Discovery for the Limited Purpose of Taking Expert Depositions, the Memorandum in Support, and the facts and law considered, it is hereby

**ORDERED:** that the Motion is **GRANTED,** and it is,

**FURTHER ORDERED:** that plaintiff's motion for a protective order is denied as moot, and it is

**FURTHER ORDERED**: that discovery will close on June 13, 2008.

**SO ORDERED** this _____ day of _____, 2008.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies via electronic service to:

Richard A. Latterell
Assistant Attorney General

William J. Mertens, Esq.,
Plaintiff's counsel