SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **ERIKA ELDER-CLARKE,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**DISTRICT OF COLUMBIA,** )<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No. 2479-07<br><br>Judge Morin |

### DEFENDANT DISTRICT OF COLUMBIA'S NOTICE OF ADDITIONAL COUNSEL

TO:  CLERK OF COURT

TO:  ALL PARTIES

PLEASE TAKE NOTICE that, on this 10th day of June, 2008, Sarah Knapp is entering her appearance as additional counsel for Defendant the District of Columbia. Pursuant to Super. Ct. Civ. R. 5(a), service of pleadings and all correspondence in this matter should be sent to Ms. Knapp at her Washington, D.C. office address below.

Dated this 10th day of June, 2008.

                                          Respectfully submitted,

                                          PETER J. NICKLES
                                          Interim Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General, Civil Litigation Division

                                          */s/ Toni Michelle Jackson*
                                          TONI MICHELLE JACKSON [453765]
                                          Interim Chief, General Litigation Section III

                                          */s/ Sarah L. Knapp*
                                          SARAH L. KNAPP [470008]
                                          Assistant Attorney General

441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724-6528
(202) 727-3625 (fax)
Email: sarah.knapp@dc.gov

Attorneys for the Defendants

### CERTIFICATE OF SERVICE

I, Sarah Knapp, hereby certify that a copy of Defendant District of Columbia's Notice of Additional Counsel was electronically sent this 10th day of June, 2008 to the following:

Patrick J. Christmas, Esq.
Justin G. Nunzio, Esq.
Stephen M. Gensemer, Esq.
Ariel I. Rayman, Esq.
8401 Colesville Road, Suite 510
Silver Spring, MD 20910

   /s/ Sarah Knapp
SARAH KNAPP
Assistant Attorney General