IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

    v.

EDWINA WILLIAMS, *et al.*,
    *Defendants*.

Civil Action No. 1:06CV00615
Judge Kessler
Next date: Close of discovery June 13, 2008

**CONSENT MOTION FOR 45-DAY STAY
OF FURTHER PROCEEDINGS IN THE CASE
AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff, through counsel, hereby respectfully requests that the Court stay further proceedings in this matter for 45 days, or until July 28, 2008. Defendants, through their counsel, have consented to this request.

The reason for the request is a serious medical incident experienced by Plaintiff that renders him presently unable to assist in the case or make decisions about it. A few days ago, he experienced stroke- or seizure-like symptoms and was unconscious for a period of hours. At present, his diagnosis is uncertain, and testing is continuing. He is conscious and able to speak, and has been released from the hospital, but his mental state as such as that he cannot now make decisions about his case or assist counsel.

In these circumstances, Plaintiff respectfully requests a 45-day of further proceedings. On or before July 28, 2008, counsel will report to the Court on Plaintiff's condition and make such requests as seem appropriate then about the future course of the case. In the meantime, Plaintiff requests that the schedule be extended for 45 days, subject to counsel's subsequent report regarding Plaintiff's medical condition.

A proposed order is attached.

Dated: June 13, 2008	Respectfully submitted,

	_____
	William J. Mertens
	7910 Woodmont Ave., Suite 1430
	Bethesda, MD 20814
	(301) 913-0012
	Fax: (240) 465-0463
	E-mail: wjmertens@mertenslaw.com
	DC Bar: 911289

	Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I, William J. Mertens, hereby certify that on this, the 13th day of June, 2008, I caused the foregoing document to be served upon counsel for the Defendants via the Court's e-mail notification system at the following address:

>Richard Latterell, Esq.
>Assistant Attorney General
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001

                                          William J. Mertens