IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

            Civil Action No. 1:06CV00615
    v.          Judge Kessler

EDWINA WILLIAMS, *et al.*,
    *Defendants*.

**ORDER**

    Upon consideration of Plaintiff's Consent Motion for a 45-Day Stay, it is hereby

ORDERED:

1. The motion is granted;

2. This case is hereby stayed for 45 days;

3. On or before July 28, 2008, counsel for Plaintiff will report to the Court regarding the medical condition of the Plaintiff, Robert Frazier, and will make such requests as Plaintiff deems appropriate for the further course of the case;

4. Subject to further order of the Court, the following dates are hereby reset:

    a.    Close of discovery is hereby extended to July 28, 2008;
    b.    Dispositive motions are due August 27, 2008;
    c.    Responses thereto are due September 26, 2008;
    d.    Replies thereto are due October 10, 2008;
    e.    The pretrial conference presently scheduled for August 26, 2008, at 4:15 p.m. is hereby postponed to a date to be determined later.

    SO ORDERED.

Dated: _____

                                              _____
                                              Gladys Kessler
                                              U.S. District Judge