IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

    v.

EDWINA WILLIAMS, *et al.*,
    *Defendants*.

Civil Action No. 1:06CV00615
Judge Kessler
Next date: Close of discovery July 28, 2008

**CONSENT MOTION FOR ADDITIONAL 45-DAY STAY
OF FURTHER PROCEEDINGS IN THE CASE
AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff, through counsel, hereby respectfully requests that the Court stay further proceedings in this matter an additional 45 days, or until September 11, 2008. Defendants, through their counsel, have consented to this request.

The reason for the request is that the Plaintiff has not sufficiently recovered from the medical incident, previously reported to the Court, that rendered him unable to assist in the case or make decisions about it. As counsel previously reported, Mr. Frazier experienced stroke- or seizure-like symptoms and was unconscious for a period of hours. He does not yet have a definitive diagnosis. He appears not to have experienced a stroke or have a tumor, but he apparently experiences inflammation of the brain, and testing is continuing. He has had no further episodes of sudden unconsciousness but still cannot make decisions about his case or assist counsel.

Plaintiff therefore respectfully requests a further 45-day stay of proceedings. On or before September 11, 2008, counsel will report to the Court on Plaintiff's condition and make such requests as seem appropriate then about the future course of the case. In the meantime, Plaintiff requests that the schedule be extended for 45 days, subject to counsel's subsequent report regarding Plaintiff's medical condition.

A proposed order is attached.

Dated: July 28, 2008                                    Respectfully submitted,


                                                        _____/S/_____
                                                        William J. Mertens
                                                        7910 Woodmont Ave., Suite 1430
                                                        Bethesda, MD 20814
                                                        (301) 913-0012
                                                        Fax: (240) 465-0463
                                                        E-mail: wjmertens@mertenslaw.com
                                                        DC Bar: 911289

                                                        Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I, William J. Mertens, hereby certify that on this, the 28th day of July, 2008, I caused the foregoing document to be served upon all counsel via the Court's e-mail notification system.

                                                      /S/
                                         William J. Mertens