IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
    *Plaintiff*,

    v.

EDWINA WILLIAMS, *et al.*,
    *Defendants*.

Civil Action No. 1:06CV00615
Judge Kessler

**ORDER**

Upon consideration of Plaintiff's Consent Motion for a further 45-Day Stay, it is hereby

ORDERED:

1.     The motion is granted;

2.     This case is hereby stayed for 45 days;

3.     On or before September 11, 2008, counsel for Plaintiff will report to the Court regarding the medical condition of the Plaintiff, Robert Frazier, and will make such requests as Plaintiff deems appropriate for the further course of the case;

4.     Subject to further order of the Court, the following dates are hereby reset:

    a.     Close of discovery is hereby extended to September 11, 2008;
    b.     Dispositive motions are due October 13, 2008;
    c.     Responses thereto are due November 12, 2008; and
    d.     Replies thereto are due Novembe4 27, 2008;

SO ORDERED.

Dated: _____

                                                      Gladys Kessler
                                                      U.S. District Judge