IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
*Plaintiff*,

       v.

EDWINA WILLIAMS, *et al.*,
*Defendants*.

    Civil Action No. 1:06CV00615
Judge Kessler
Close of discovery:  Sept. 11, 2008

**REPORT CONCERNING PLAINTIFF'S MEDICAL CONDITION**

    Plaintiff, through counsel, hereby reports as follows regarding the Plaintiff's current medical condition.  As counsel previously reported, Mr. Frazier experienced stroke- or seizure-like symptoms and was unconscious for a period of hours.  After extensive testing, his physicians believe that he did not have a stroke and does not have a tumor but experienced inflammation of the brain from other causes.  Since the one incident, he has had no further episodes of sudden unconsciousness and has now sufficiently recovered to be able to participate in and make decisions regarding this case.  Plaintiff still is experiencing some symptoms, and testing is ongoing, but if his recovery continues, he should be able to participate fully in trial.

Dated: September 11, 2008

    Respectfully submitted,

    _____/S/_____
William J. Mertens
7910 Woodmont Ave., Suite 1430
Bethesda, MD 20814
(301) 913-0012
Fax: (240) 465-0463
E-mail: wjmertens@mertenslaw.com
DC Bar: 911289

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, William J. Mertens, hereby certify that on this, the 11th day of September 2008, I caused the foregoing document to be served upon all counsel via the Court's e-mail notification system.

 

/S/
William J. Mertens