## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
*Plaintiff*,

                                   Civil Action No. 1:06CV00615

              v.                    Judge Kessler

                                   Close of discovery:  Sept. 11, 2008

EDWINA WILLIAMS, *et al.*,
*Defendants*.

## CONSENT MOTION TO EXTEND DEADLINE FOR TWO EXPERT DEPOSITIONS

Plaintiff, through counsel, has reported regarding the Plaintiff's current medical condition.  In view of the Plaintiff's improvement, Plaintiff with consent of Defendants moves that the only discovery on the issue of liability remaining to be taken, two expert depositions, be completed within two weeks of the Court's decision on dispositive motions.

One element of discovery regarding liability issues has not been completed as of today, the date set for close of such discovery: two expert depositions.  Counsel for the parties agree that these two depositions do not need to be completed before the Court rules on dispositive motions.  Plaintiff, with Defendants' consent, therefore respectfully requests that the deadline for those depositions be extended to two weeks following the Court's decision on dispositive motions.

A proposed order is attached.


Dated: September 11, 2008

Respectfully submitted,


_____/S/_____
William J. Mertens
7910 Woodmont Ave., Suite 1430
Bethesda, MD 20814
(301) 913-0012
Fax: (240) 465-0463
E-mail: wjmertens@mertenslaw.com
DC Bar: 911289

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, William J. Mertens, hereby certify that on this, the 11th day of September 2008, I caused the foregoing document to be served upon all counsel via the Court's e-mail notification system.


<u>          /S/           </u>
William J. Mertens

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROBERT FRAZIER,
*Plaintiff*,

         v.

EDWINA WILLIAMS, *et al.*,
*Defendants.*

Civil Action No. 1:06CV00615
Judge Kessler
Close of discovery:  Sept. 11, 2008

## <u>ORDER</u>

Upon consideration of Plaintiff's consent motion to extend the deadline for completion of

two expert depositions until two weeks after the Court's ruling on dispositive motions, it is

hereby ORDERED:

The motion is granted; and

Those two expert depositions shall be completed within two weeks of the Court's

decision on dispositive motions.

SO ORDERED

Dated: _____

                                      _____
Gladys Kessler
U.S. District Judge